JH

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

AMANDA MAYLE,      )     Judge Blanche M. Manning

               Plaintiff,     )     Magistrate Judge Ian H. Levin

           v.     )     Case No.: 03 CV 8746

EQUIFAX INFORMATION SERVICES, LLC,     )

           Defendants.     )

**FILED**

JUN 1 4 2005 WH

### NOTICE OF FILING

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO:     SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on this 14th day of June, 2006 we filed with the United States District Court for the Northern District of Illinois, Eastern Division, the attached **Defendant Nelnet, Inc., Experian Information Solutions, Inc. and Trans Union LLC's Joint Fee Petition,** copies of which are attached hereto and herewith served upon you.

Dated: June 14, 2005.

Respectfully submitted,

By: _____

Monica L. Thompson
Judith L. Schuch
**DLA Piper Rudnick Gray Cary US LLP**
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
Telephone: 312-368-4000
Facsimile: 312-251-5712

Counsel for Defendant
TRANS UNION, LLC

**FILED**

JUN 1 4 2005 WH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| AMANDA MAYLE , | ) | Judge Blanche M Manning |
|  | ) |  |
| Plaintiff, | ) | Mag Judge Ian H Levin |
|  | ) |  |
| v | ) |  |
|  | ) |  |
| EQUIFAX INFORMATION SERVICES, LLC, | ) | Case No 03-CV-8746 |
| et al., | ) |  |
|  | ) |  |
| Defendants | ) |  |
|  | ) |  |

## DEFENDANT NELNET, INC.'S PETITION FOR ATTORNEY'S FEES

Defendant, Nelnet, Inc ("Nelnet") (improperly denominated in Plaintiff's Complaint as "Nelnet Unipac Service Corp "), by and through counsel, hereby respectfully submits its Petition for Attorney's fees, stating as follows:

On March 18, 2005, this Court ordered sanctions pursuant to 28 U S C §1927, and 15 U S C §§1681o(b) and 1681n(c), against Plaintiff and her attorneys On May 11, 2005, this Court partially granted Plaintiff's Motion to Reconsider, directing the Defendants to submit documentation supporting their fees and costs The Court directed the Defendants to make this submission pursuant to "federal and local rules " Order, March, 8, 2005 (Case No 02 C 8746)

This Court's order did not specify how the Defendants were to document their fees in this matter Further, Rule 54 3 of the Rules of the United States District Court for the Northern District of Illinois, which addresses fee petitions, explicitly excludes from its ambit "motions for sanctions under Fed R Civ P 11 or other sanctions provisions " L R 54 3(a) It is clear, however, that as a general matter the fees requested by the defendants must be reasonable *See Zaghloul v DaimlerChrysler Services, LLC, et al*, No 03 C 4499, 2004 U S Dist LEXIS 19723,

1

at *3 (N D Ill Sept 28, 2004) Also, the party petitioning for fees must also exercise good faith in its petition for fees *Harrison v Dean Witter Reynolds, Inc*, No 86 C 8003, 1990 U S Dist LEXIS 13924 at *3 (N D Ill Oct 19, 1990) Finally, it is abundantly clear to counsel for the Defendants that counsel must strive to submit "a petition and supporting materials which make[] this court's often difficult task of assessing reasonable attorneys fees much easier " *Id.*

In an effort to be thorough yet accommodating to this Court's need for succinct, easily deciphered billing information, counsel for Nelnet has attached as Exhibit A the affidavit of Scott C Frost, a partner of Statman Harris Siegel & Eyrich, LLC, which has attached three group exhibits *Group Exhibit 1 of the affidavit* consists of copies of the actual invoices submitted to Nelnet for work performed by Statman Harris Siegel & Eyrich, LLC to defend Nelnet in this litigation between January, 2004 and March 24, 2005 *Exhibit 2 of the affidavit* consists of the invoices to submitted to Nelnet for work performed by Statman Harris Siegel & Eyrich, LLC to prepare this fee petition between May 5, 2005 and May 26, 2005 *Exhibit 3 of the affidavit* consists of the invoice, not yet submitted to Nelnet, for costs incurred by Statman Harris Siegel & Eyrich, LLC conducting the legal research on Lexis-Nexis necessary to prepare this fee petition

Counsel has further distilled the information contained in the exhibits to the affidavit into tables, which summarize the information in the invoices submitted by Statman Harris Siegel & Eyrich, LLC to Nelnet The first table, which appears directly below, details the costs and expenses incurred by Nelnet in the defense of this suit The second table, which appears directly after the first, details the hours worked, hourly rates and amounts billed by Statman Harris Siegel & Eyrich, LLC, and paid by Nelnet, to defend this suit

2

**Table 1 (Costs/Expenses incurred in the course of Nelnet's Defense):**

| Cost/Expense | Date | Amount |
|---|---|---|
| Lexis-Nexis Online Research | February 29, 2004 | $29 21 |
| Taxi Cab Fare to/from Court | March 17, 2004 | $10 00 |
| UUC Filing Search – Lexis-Nexis | March 31, 2004 | $439 08 |
| Lexis-Nexis Online Research | April 30, 2004 | $74 69 |
| Taxi Cab Fare to/from Court | May 7, 2004 | $7 00 |
| Lexis-Nexis Online Research | May 31, 2004 | $234 91 |
| Taxi Cab Fare to/from Court | July 27, 2004 | $12 00 |
| Taxi Cab Fare to/from Court | July 29, 2004 | $12 00 |
| Lexis-Nexis Online Research | July 31, 2004 | $90 55 |
| Lexis-Nexis Online Research | November 30, 2004 | $122 81 |
| Taxi Cab Fare to/from Court | December 2, 2004 | $11 00 |
| | **Total Costs:** | **$1,043.25** |

**Table 2 (Hourly fees incurred in the course of Nelnet's Defense):**

| Timekeeper | Hourly Rate | Hours Worked | Amount Billed |
|---|---|---|---|
| Scott C Frost | $225 00 | 6 20 | $1,395 00 |
| Stacie E Barhorst @ $175 00/hour* | $175 00 | 106 90 | $18,707 50 |
| Stacie E Barhorst @ $185 00/hour* | $185 00 | 13 40 | $2,479 00 |
| Kristy L Erickson | $185 00 | 4 50 | $832 50 |
| Dawn Byrd (Paralegal) | $85 00 | 3 80 | $323 00 |
| | **Totals:** | **134.80** | **$23,737.00** |

* In September of 2004, Statman Harris Siegel & Eyrich, LLC increased the hourly fee billed to clients for Stacie E Barhorst's time

3

**Table 3 (Costs/Expenses incurred generating this fee petition):**

| Cost/Expense | Date | Amount |
|---|---|---|
| Lexis-Nexis Online Research* | May 31, 2005 | $154 00 |
| | **Total Costs:** | **$154.00** |

\* As noted above in the petition, Statman Harris Siegel & Eyrich, LLC has not yet issued a bill to Nelnet for these costs

**Table 3 (Hourly fees incurred generating this fee petition):**

| Timekeeper | Hourly Rate | Hours Worked | Amount Billed |
|---|---|---|---|
| Scott C Frost | $225 00 | 6 70 | $1,507 5 |
| Joshua M Bernstein | $185 00 | 6 50 | $1,202 5 |
| | **Totals:** | **13.2** | **$2,710.00** |

The total amount billed to Nelnet, including costs/expenses and hourly fees for litigating this case was $24,780 25 The total amount incurred by Nelnet in preparing this fee petition was $2,864 00 Thus, the total fees and costs incurred by Nelnet were $27,644 25

Scott Frost's affidavit, attached to this Petition as Exhibit A, attests to the authenticity of billing statements issued to Nelnet, and to the amount of those fees incurred by Nelnet in this litigation On or about February, 2004, Nelnet retained Statman Harris as its counsel in this action Exhibit A, par 2 The hourly rates agreed to by Nelnet ranged from $225 00 per hour for Mr Frost's time, to between $175-$185 per hour for an associates time Exhibit A, pars 3, 4 The agreed hourly rates were – and are – the standard hourly rates charged to clients by Statman Harris Siegel & Eyrich, LLC for matters like this litigation The Statman Firm assigned Stacie Barhorst, Kristy Erickson, and Joshua M Bernstein, each associates at the Statman firm, and Dawn Byrd, a paralegal, to work on this case Exhibit A, par 4

As previously noted, the exhibits to the attached affidavit consist of the billing invoices

4

submitted to Nelnet  The invoices reflect work that was actually performed either by a Statman Harris Siegel & Eyrich, LLC attorney or paralegal on behalf of Nelnet for this litigation Exhibit A, par 5-8  Every time-entry on the attached invoices was for a service that was both actually performed for Nelnet in good faith, and as a service necessary for the diligent representation of Nelnet  *See generally* Exhibit A

WHEREFORE Defendant Nelnet, Inc respectfully requests that this Court order the Plaintiff and her counsel pay Nelnet, Inc $27,644 25 , the amount of reasonable attorneys fees and costs it incurred defending this action

Respectfully submitted,

Scott C Frost
Alan I Ehrenberg
STATMAN HARRIS SIEGEL & EYRICH, LLC
333 W Wacker Drive
Suite 1710
Chicago, IL 60606
(312) 263-1070
(312) 263-1201 (Fax)

*Attorneys for Defendant*
*Nelnet, Inc*

5

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **AMANDA MAYLE** , | ) | Judge Blanche M Manning |
| | ) | |
| Plaintiff, | ) | Mag Judge Ian H Levin |
| | ) | |
| v | ) | |
| | ) | |
| **EQUIFAX INFORMATION SERVICES, LLC,** | ) | Case No 03-CV-8746 |
| *et al* , | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## AFFIDAVIT OF SCOTT C. FROST

Affiant, Scott C Frost, Esq hereby deposes and states and he has personal knowledge of the following facts, and that if called to testify herein, I will truthfully attest to the truth of the following statements

1  I am an Illinois and New York licensed attorney in good standing I received my juris doctorate from the Washington College of Law, American University in 1990 I have been a licensed Illinois attorney for approximately 14 years I was at all times the lead attorney for the Defendant Nelnet, Inc in the above captioned litigation

2  In February, 2004, the Defendant Nelnet, Inc retained me and my law firm to represent it in the above-captioned litigation I and my law firm Statman Harris Siegel & Eyrich, LLC have been representing financial institutions in consumer rights litigation for over fourteen years

3  My standard hourly rate for representing clients like Nelnet in cases like this case, is $225-$250 per hour The agreed hourly rate for my time in this case was $225 00 per hour I have charged similar rates for similar clients for approximately three years

1

This rate is consistent with, or less than, the prevailing billing rates for legal services in the Chicago legal community for attorneys with similar background and experience

4  Between February, 2004 and June, 2005, I was the supervising attorney for this Litigation  I assigned three associates, Stacie Barhorst, Joshua Bernstein and Kristy Erickson, and one paralegal to work on the case during this time  The standard hourly rate for all three associates were between $175-185 per hour, and the standard hourly rate for the assigned paralegal was $85 00 per hour  Each of these associates, having been licensed to practice law in Illinois for at least two years  These rates are consistent with or less than the prevailing billing rates for legal services in the Chicago legal community for attorneys with similar background and experience

5  Attached to this Affidavit as Group Exhibit 1, and made a part hereof, are actual and true copies of the billing statements my law firm issued to Nelnet in this Litigation  The attached statements were prepared from contemporaneous time entries and identify the attorney who billed the time  Group Exhibit 1 also describes the work that the attorney performed and the amount of time incurred

6  Group Exhibit 1 describes work performed and costs incurred between January, 2004 and March 24, 2005  The attorney's fees and costs incurred for this time total $24,780 25  Group Exhibit 1 indicates that during this time, Stacie Barhorst, Kristy Erickson, and I defended Nelnet in this litigation, including: reviewing the Complaint, researching Rule 11 correspondence, multiple correspondence to Nelnet, preparing responsive pleadings, preparing for written and oral discovery, preparation of Rule 26(a) disclosures, preparation of status reports, responding to and objecting to

2

Requests for Admissions, preparation of responses and objections to Interrogatories and Requests to Produce Documents, subpoenaing records from Nova Southeastern University, multiple communications and correspondence to Nova Southeastern University regarding the Plaintiff's student loan account(s), Rule 37 conferences, attendance at several status conferences, and Plaintiff's Motion for an Injunction, responding to Plaintiff's requests that Nelnet delete allegedly negative credit information, preparation of numerous e-mails to co-counsel, and Plaintiff's counsel, legal research into Rule 11 and ability to obtain sanctions, preparation of Joint Motion for Sanctions, and legal research into the FCRA's text regarding the ability to obtain sanctions  Each of the Statements in Group Exhibit 1 have been paid by Nelnet Exhibit 1 describes work  work performed on behalf of Nelnet Each of the attached Statements has been paid by Nelnet  The total amount paid by Nelnet to my law firm as of May 23, 2005 for the defense of Nelnet in this case is $24,780 25

7  Exhibit 2 describes work performed and costs incurred between May 5, 2005 and May 26, 2005  The attorney's fees and costs incurred for this time total $2,710 00 Exhibit 2 indicates that that Joshua Bernstein and I performed work for Nelnet which included coordinating with other defense counsel for the preparation of Nelnet's fee petition, preparing Affidavits in support of Nelnet's fee petition, legal research into the information necessary to support Nelnet's fee petition, and drafting this fee petition  Exhibit 2 has been issued to Nelnet

8  Exhibit 3 describes $154 00 of costs incurred by Nelnet for electronic legal research performed by Joshua Bernstein in connection with preparing Nelnet's fee petition Exhibit 3 has not yet been billed to Nelnet

3

9. Further Affiant Sayeth Not

Scott C Frost

Signed and Sealed before me this 13th day
of June, 2005

Notary Public

"OFFICIAL SEAL"
Dawn Byrd
Notary Public. State of Illinois
My Commission Exp 06/19/2007

4

# Group Exhibit 1

STATMAN, HARRIS, SIEGEL & EYRICH LLC
2900 Chemed Center, 255 East Fifth Street
Cincinnati, Ohio 45202-3013
Fed I D. No: 31-1662250
513 621 2666  Fax 513 621 4896

Nelnet, Inc
3015 S Parker Road
Aurora CO 80014

Attn: Bill Munn, Esq

|  |  |
|---|---|
| | Page: 1 |
| | 03/31/2004 |
| Account No: | 267-0001M |
| Statement No: | 1 |

Mayle v Nelnet

## Fees

| | | Rate | Hours | |
|---|---|---|---|---|
| **01/30/2004** | | | | |
| SCF | Review complaint; conflict check; telephone conference with client | 225 00 | 0 90 | 202 50 |
| SEB | Review of case and research regarding documents relevant to the case | 175 00 | 1 30 | 227.50 |
| **02/03/2004** | | | | |
| SCF | Review e-mail & document from Nelnet; e-mail to Bill Munn | 225 00 | 0 40 | 90 00 |
| **02/04/2004** | | | | |
| SEB | Preparation of Notice of Appearance and Notice of Filing Review of L R  3 2 for necessary information  Preparation of L.R  3 2 Notice of Affiliates - Disclosure Statement and attendant Notice of Filing  Correspondence with B  Munn regarding information necessary to complete Disclosure Statement  Conference with SCF regarding issues in the case.  Preparation of Appearance and Disclosure Statement for filing  Correspondence with B  Munn | 175 00 | 1 70 | 297.50 |
| **02/12/2004** | | | | |
| SEB | Review of documents relevant to our defenses to Plaintiff's claims  Preparation of Rule 11 letter to Plaintiff's counsel | 175 00 | 1.80 | 315.00 |
| SCF | Review Manning's standing order; (2) telephone conferences with opposing counsel re: 26(f) conference | 225 00 | 0.60 | 135 00 |
| **02/19/2004** | | | | |
| SEB | Correspondence with B  Munn regarding documents necessary to answer plaintiff's complaint | 175 00 | 0 20 | 35 00 |
| **02/23/2004** | | | | |
| SEB | Correspondence with K  Hart regarding documents necessary to respond to Plaintiff's Complaint  Telephone call to A  States regarding documents requested  Began research and review of research regarding defenses appropriate for the FCRA claims  Review of other answers. Preparation of Answer | 175 00 | 6 00 | 1,050 00 |

Nelnet, Inc

Mayle v Nelnet

Page: 2
03/31/2004
Account No: 267-0001M
Statement No: 1

| | | Rate | Hours | |
|---|---|---|---|---|
| **02/24/2004** | | | | |
| SCF | Review answer, edit | 225 00 | 0 50 | 112 50 |
| SEB | Final review and edit of Answer for filing   Preparation of notice of filing | 175 00 | 2 40 | 420 00 |
| **03/08/2004** | | | | |
| SEB | Correspondence with Plaintiff's counsel regarding upcoming status report that is due   Telephone call with Plaintiff's counsel regarding the initial status report   Review of discovery sent by Plaintiff and other Defendants | 175 00 | 1 50 | 262 50 |
| **03/11/2004** | | | | |
| SEB | Review of correspondence and preparation of response correspondence with K Hart regarding the status of the case   Correspondence with B Munn regarding the status of the case   Correspondence with A Schwab regarding intial status report   Conducted Fed R Civ P 26(f) conference with A Schwab   Review of first draft of initial status report   Correspondence with A Schwab regarding items missing from initial status report   Telephone call from K Hart requesting copy of Answer   Review, edit and draft second draft of initial status report and proposed case management order   Correspondence with A Schwab regarding the second draft   Review of A Schwab's changes to second draft   Preparation of correspondence with A Schwab regarding third draft | 175 00 | 2 50 | 437 50 |
| **03/12/2004** | | | | |
| SEB | Review of letter noticing us of Mayle's deposition   Correspondence with SCF regarding the scheduling of the deposition and how we will handle the deposition | 175 00 | 0 40 | 70 00 |
| **03/16/2004** | | | | |
| SEB | Began review for and preparation of Nelnet's 26(a) disclosures   Correspondence with K. Hart regarding disclosures | 175 00 | 0 70 | 122 50 |
| **03/17/2004** | | | | |
| SEB | Preparation for, travel to and from, and attendance at status hearing   Correspondence with K Hart and B Munn regarding case   Review of file to determine what pleadings/discovery we may be missing in the case   Correspondence with defense co-counsel regarding potentially missing discovery   Correspondence with Plaintiff's counsel to request potentially missing discovery | 175 00 | 1 50 | 262 50 |
| **03/18/2004** | | | | |
| SEB | Telephone call to A States regarding the 26(a)(1) disclosures   Preparation of 26(a)(1) disclosures | 175 00 | 1 20 | 210 00 |

Nelnet, Inc

Mayle v Nelnet

Page: 3
03/31/2004
Account No: 267-0001M
Statement No: 1

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| **03/22/2004** | | | | |
| SCF | Conference with Stacie Barhorst re: Scope of 26(c) disclosures and whether documents provided meet criteria | 225 00 | 0 30 | 67 50 |
| SCF | Review documents provided by client | 225 00 | 0 80 | 180 00 |
| SEB | Review of discovery to Nelnet  Review of 26(a)(1) disclosures of plaintiff and accompanying documents. Correspondence with B  Munn and K  Hart regarding discovery | 175 00 | 1 20 | 210.00 |
| **03/23/2004** | | | | |
| SEB | Continued preparation of initial 26(a)(1) disclosures Telephone call to A  States regarding disclosures  Correspondence with A States and K  Hart regarding disclosures  Began preparation of Nelnet's responses to Plaintiff's Requests for Admission  Researched the relevance of handwriting analyses to the FCRA | 175 00 | 3 40 | 595 00 |
| **03/24/2004** | | | | |
| SEB | Review of admissions responses from A. States.  Review of documents sent to me by A. States.  Review of correspondence from A  States and response | 175 00 | 1 20 | 210 00 |
| **03/25/2004** | | | | |
| SCF | Review & edit Responses to Requests for Admissions | 225 00 | 0 70 | 157 50 |
| SEB | Review/edit of Nelnet's responses to Plaintiff's requests for admissions  Correspondence with A  States to clarify questions regarding Nelnet's responses | 175 00 | 1 20 | 210 00 |
| **03/26/2004** | | | | |
| SEB | Correspondence with A. States and B  Munn regarding 26(a) disclosures and admissions  Final review of 26(a) disclosures prior to serving  Continued review/edit/draft of requests for admission  Review of the other defendants' responses to Plaintiff's requests for admissions  Correspondence with other defense counsel regarding 26(a) disclosures | 175 00 | 2 00 | 350 00 |
| **03/31/2004** | | | | |
| SEB | Continued review/edit of Requests for Adminissions to add certain objections  Continued preparation of interrogatories and requests for production | 175 00 | 2.00 | 350.00 |
|  | For Current Services Rendered | | 36 40 | 6,580 00 |

<u>Advances</u>

| | | |
|---|---|---|
| 03/23/2004 | Online Research Lexis-Nexis 2/29/04 | 29.21 |
|  | Total Advances | 29 21 |
|  | Total Current Work | 6,609 21 |

Nelnet, Inc

Mayle v Nelnet

Page: 4
03/31/2004
Account No: 267-0001M
Statement No: 1

Balance Due                                                $6,609.21

STATMAN, HARRIS, SIEGEL & EYRICH LLC
2900 Chemed Center, 255 East Fifth Street
Cincinnati, Ohio  45202-3013
Fed  I D  No: 31-1662250
513 621 2666  Fax 513 621 4896

Nelnet, Inc                                                                                        Page: 1
3015 S  Parker Road                                                                         05/31/2004
Aurora  CO  80014                                          Account No:               267-0001M
                                                                       Statement No:                     2
Attn: Bill Munn, Esq


Mayle v  Nelnet


Fees

| | | Rate | Hours | |
|---|---|---|---|---|
| **04/01/2004** | | | | |
| SEB | Reviewed/edited Nelnet's answers to Plaintiff's Requests for Admission.  Edited and served Nelnet's 26(a)(1) disclosures  Began drafting interrogatories, requests for production, and requests for admission | 175 00 | 2 00 | 350 00 |
| **04/06/2004** | | | | |
| SEB | Correspondence with A  States regarding plaintiff's account | 175 00 | 0 20 | 35.00 |
| SEB | Final review and edit of Nelnet's Responses to Plaintiff's Requests for admission before services   Correspondence with A  States regarding Plaintiff's account | 175 00 | 0 60 | 105 00 |
| **04/20/2004** | | | | |
| SEB | Continued preparation of answers to interrogatories and requests for production of documents   Review of and draft of correspondence regarding Plaintiff's deposition with counsel for the other defendants | 175 00 | 1 70 | 297.50 |
| **04/21/2004** | | | | |
| SEB | Continued preparation of discovery responses and discovery to Plaintiff | 175 00 | 2 50 | 437 50 |
| **04/22/2004** | | | | |
| SCF | Review & revise Answers to Interrogatories; discuss objections on basis of overbreadth | 225 00 | 0 60 | 135 00 |
| SEB | Telephone call from J  Schuh regarding this case.  Completed answers to discovery   Edited and reviewed discovery responses | 175 00 | 4 20 | 735 00 |
| **04/23/2004** | | | | |
| SEB | Continued review of documents and preparation of discovery to Plaintiff | 175 00 | 0.70 | 122 50 |
| **04/28/2004** | | | | |
| SEB | Reviewed discovery received from all parties and further preparation of discovery to Plaintiff   Research regarding | | | |

Nelnet, Inc

Mayle v  Nelnet

Page: 2
05/31/2004
Account No:    267-0001M
Statement No:    2

| | | Rate | Hours | |
|---|---|---|---|---|
| | subpoenaing records from Nova Southeastern University Telephone call to J  Berman at Nova Southeastern regarding whether he would be willing to produce necessary financial documents regarding Ms. Mayle's account  Correspondence with A  Schwab regarding Plaintiff's consent to the release of financial records | 175 00 | 4 50 | 787 50 |
| 04/29/2004 SEB | Telephone call to J. Berman regarding necessary consent  Correspondence with other defendants regarding necessary consent  Correspondence with plaintiff regarding contact Nelnet has made with Ms  Mayle  Correspondence with B  Munn regarding contact with Ms  Mayle.  Minor edits to discovery responses to be sent to Plaintiff | 175 00 | 2 60 | 455.00 |
| 04/30/2004 SEB | Continued review of discovery documents and continued preparation of Nelnet's discovery requests  Correspondence with A  Schwab and B  Munn regarding contact with Plaintiff | 175.00 | 1 80 | 315 00 |
| 05/03/2004 SEB | Preparation for, travel to and from, and attendance at Status in front of Magistrate Levin  Telephone call with J  Berman regarding the contents of the consent  Edited consent form per the request of J  Berman  Correspondence with counsel regarding the changes to the consent form. | 175 00 | 2 50 | 437 50 |
| 05/07/2004 SEB | Preparation for, travel to and from and attendance at Status before Judge Manning.  Telephone call with B  Munn regarding settlement of this case | 175 00 | 1 40 | 245 00 |
| 05/12/2004 SEB | Correspondence with counsel regarding the consent | 175 00 | 0 30 | 52 50 |
| 05/25/2004 SEB | Review of discovery responses received from Plaintiff  Research regarding Plaintiff's duty under Rules 33 and 34.  Review of research regarding Plaintiff's duty under Rules 33 and 34  Preparation of Rule 37 letter to Plaintiff  Reviewed correspondence with Plaintiff | 175.00 | 3.40 | 595.00 |
| | For Current Services Rendered | | 29 00 | 5,105 00 |

### Advances

| | | |
|---|---|---|
| 04/20/2004 | Cost Advanced Stacie Barhorst 3/17/04 - cab fate to/from status hearing | 10 00 |
| 04/21/2004 | UCC Searches/Filings Lexis-Nexis 3/31/04 | 439 08 |
| 04/30/2004 | Online Research Lexis-Nexis 4/30/04 | 74 69 |
| 05/28/2004 | Cost Advanced Stacie Barhorst re: cab fare to court on 5/7/04 | 7.00 |
| 05/31/2004 | Online Research Lexis-Nexis 5/31/04 | 234.91 |
| | Total Advances | 765 68 |

Nelnet, Inc

Mayle v Nelnet

Page: 3
05/31/2004
Account No: 267-0001M
Statement No: 2

Total Current Work 5,870 68

Previous Balance $6,609 21

## Payments

| | | |
|---|---|---|
| 05/10/2004 | Fee Payment | -6,580 00 |
| 05/10/2004 | Cost Payment | -29 21 |
| 05/24/2004 | Fee Payment | -3,775 00 |
| 05/24/2004 | Cost Payment | -449.08 |
| | Total Payments | -10,833 29 |

Balance Due $1,646.60

STATMAN, HARRIS, SIEGEL & EYRICH LLC
2900 Chemed Center, 255 East Fifth Street
Cincinnati, Ohio 45202-3013
Fed I D. No: 31-1662250
513 621 2666  Fax 513 621 4896

Nelnet, Inc
3015 S  Parker Road
Aurora  CO  80014

Attn: Bill Munn, Esq

Page: 1
06/30/2004

Account No:        267-0001M
Statement No:              3

Mayle v  Nelnet

## Fees

| Date | | Rate | Hours | |
|------|------|------|-------|------|
| 06/02/2004 | | | | |
| SEB | Preparatyion letter to Nova Southeastern enclosing the executed consent form   Correspondence with those copied attaching letter to Nova Southeastern | 175 00 | 0 50 | 87 50 |
| 06/03/2004 | | | | |
| SEB | Correspondence with Bill Munn regarding the status of the authorization and the case | 175.00 | 0 40 | 70 00 |
| SEB | Returned telephone call to P  Wellisch regarding the status of the authorization | 175 00 | 0 20 | 35 00 |
| 06/07/2004 | | | | |
| SCF | Review Amended Responses to Nelnet's Discovery Requests; analyze whether discovery responses comply with Rule 11 | 225 00 | 0.90 | 202 50 |
| 06/23/2004 | | | | |
| SEB | Preparation of second Fed  R  Civ  P  37 letter to Plaintiff's counsel for failure to adhere to the discovery standard | 175 00 | 0 80 | 140 00 |
| 06/24/2004 | | | | |
| SEB | Review of correspondence and response to correspondence from J  Wright regarding Plaintiff's school records | 175 00 | 0 30 | 52 50 |
| 06/28/2004 | | | | |
| SEB | Review of email from Plaintiff's counsel denying to amend Plaintiff's responses to our interrogatories   Began formulating a response to Plaintiff's counsel. | 175 00 | 0 30 | 52 50 |
| 06/30/2004 | | | | |
| SEB | Reviewed email from counsel regarding the status of this case and drafted and edited email in response | 175 00 | 0.30 | 52.50 |
| | For Current Services Rendered | | 3 70 | 692 50 |

Nelnet, Inc

Mayle v Nelnet

Page: 2
06/30/2004
Account No: 267-0001M
Statement No: 3

Total Current Work

692.50

Previous Balance

$1,646.60

Balance Due

$2,339.10

STATMAN, HARRIS, SIEGEL & EYRICH LLC
2900 Chemed Center, 255 East Fifth Street
Cincinnati, Ohio 45202-3013
Fed I D. No: 31-1662250
513 621 2666  Fax 513 621 4896

Nelnet, Inc
3015 S  Parker Road
Aurora  CO  80014

Attn: Bill Munn, Esq

| | Page: 1 |
|---|---|
| | 07/31/2004 |
| Account No: | 267-0001M |
| Statement No: | 4 |

Mayle v  Nelnet

### Fees

| | | Rate | Hours | |
|---|---|---|---|---|
| **07/01/2004** | | | | |
| SEB | Preparation of final Rule 37 letter to A  Schwab prior to filing a Motion to Compel | 175 00 | 0 30 | 52.50 |
| **07/07/2004** | | | | |
| SEB | Correspondence with A  SChwab regarding our continuing Rule 37 negotiations in order to determine whether to go ahead and file a Motion to Compel and review of correspondence Ms  Schwab claims she did not receive | 175 00 | 0 40 | 70 00 |
| SEB | Telephone call to P  Wellisch at Nova Southeastern regarding the status of the records we requested from the University pursuant to Ms  Mayle's signed consent | 175 00 | 0 20 | 35 00 |
| **07/12/2004** | | | | |
| SEB | Review of Supplemental 26(a) disclosures sent by A  Schwab | 175 00 | 0 30 | 52 50 |
| **07/13/2004** | | | | |
| SEB | Review of Plaintiff's Motion for an injunction   Research regarding the federal requirements that Nelnet conduct due diligence on Plaintiff's delinquent loan | 175 00 | 1 50 | 262.50 |
| **07/14/2004** | | | | |
| DB | Organize all documents in file | 85 00 | 3 40 | 289 00 |
| **07/21/2004** | | | | |
| SEB | Draft/review Rule 11 correspondence with A  Schwab regarding her Motion for an Injunction | 175.00 | 0 80 | 140 00 |
| SEB | Drafted/edited/reviewed Rule 37 letter to A  Schwab regarding her client's continued failure to produce appropriate documents | 175 00 | 0 50 | 87 50 |
| SEB | Several items of correspondence to and from J  Berman regarding the documents requested | 175 00 | 0 40 | 70 00 |
| DB | Faxed 7 mailed correspondence from Attny Barhorst | 85.00 | 0 20 | 17 00 |

Nelnet, Inc

Mayle v Nelnet

Page: 2
07/31/2004
Account No:  267-0001M
Statement No:  4

| | | Rate | Hours | |
|---|---|---|---|---|
| **07/22/2004** | | | | |
| SEB | Reviewed documents received from Nova Southeastern University   Correspondence with counsel regarding the documents received   Prepared Rule 11 letter to A. Schwab demanding that her client withdraw her claims against Nelnet  Correspondence with B  Munn regarding recent developments   Research regarding injunctive relief available to applicant under the FCRA with regard to a federally guaranteed student loan | 175 00 | 3 70 | 647 50 |
| DB | Bates numbered Nova documents | 85.00 | 0 20 | 17 00 |
| **07/26/2004** | | | | |
| SEB | Correspondence with counsel regarding hearing on the Motion for an Injunction filed by Plaintiff | 175 00 | 0 20 | 35 00 |
| **07/27/2004** | | | | |
| SEB | Travel to and from and attendance at hearing scheduled on Plaintiff's Motion for an Injunction   Correspondence with A Schwab regarding my Rule 11 and other letters | 175 00 | 1 60 | 280.00 |
| **07/29/2004** | | | | |
| SEB | Travel to and from and participation in Status Hearing before Magistrate Levin | 175 00 | 1.50 | 262.50 |
| | For Current Services Rendered | | 15 20 | 2,318 00 |
| | Total Current Work | | | 2,318 00 |
| | Previous Balance | | | $2,339 10 |

Payments

| | | | |
|---|---|---|---|
| 07/06/2004 | Fee Payment | | -1,330 00 |
| 07/06/2004 | Cost Payment | | -316 60 |
| 07/26/2004 | Fee Payment | | -692.50 |
| | Total Payments | | -2,339 10 |
| | Balance Due | | $2,318.00 |

STATMAN, HARRIS, SIEGEL & EYRICH LLC
2900 Chemed Center, 255 East Fifth Street
Cincinnati, Ohio 45202-3013
Fed I D. No: 31-1662250
513 621 2666 Fax 513 621 4896

Nelnet, Inc
3015 S Parker Road
Aurora CO 80014

Attn: Bill Munn, Esq

Page: 1
08/31/2004
Account No:        267-0001M
Statement No:               5

Mayle v Nelnet

## Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 08/04/2004 | | | | | |
| | SEB | Correspondence with S Gonzalez to determine whether Nova has received an endorsed copy of Ms. Mayle's student loan check | 175 00 | 0 20 | 35 00 |
| 08/05/2004 | | | | | |
| | SEB | Telephone call from L Smith regarding plaintiff's intent to dismiss her claims | 175 00 | 0 20 | 35 00 |
| | SEB | Correspondence with L Smith regarding Plaintiff's claims and request that Nelnet delete the tradeline | 175 00 | 0 20 | 35.00 |
| 08/06/2004 | | | | | |
| | SEB | Travel to and from, preparation for and attendance at Mayle status before Judge Manning | 175 00 | 1 10 | 192 50 |
| | SEB | Conference with co-counsel regarding their client's willingness to join in a motion for sanctions | 175 00 | 0 50 | 87 50 |
| | SEB | Review of email from L Smith requesting that Nelnet delete the negative comments from Ms Mayle's credit report and correspondence with B Munn regarding the dismissal of the case | 175.00 | 0 40 | 70.00 |
| 08/09/2004 | | | | | |
| | SEB | Drafted, edited and reviewed response to August 6, 2004 email sent to me by L Smith in order to correct certain statements made by Mr Smith so that the record is clear | 175 00 | 0 60 | 105.00 |
| | SEB | Review of email from B Munn | 175 00 | 0 20 | 35 00 |
| 08/12/2004 | | | | | |
| | KLE | Research and reviewed cases regarding Rule 11 violations | 185 00 | 4 50 | 832 50 |
| | SCF | Telephone conference with Bill Munn re: rule 11 petition; e-mail to SEB re: same | 225 00 | 0 30 | 67 50 |
| 08/16/2004 | | | | | |
| | SCF | Conference with SEB re: safe harbor issue on Rule 11 motion | 225 00 | 0 20 | 45 00 |

Nelnet, Inc

Mayle v Nelnet

Page: 2
08/31/2004

Account No: 267-0001M
Statement No: 5

| | | Rate | Hours | |
|---|---|---|---|---|
| SEB | Several items of correspondence with J  Schuh and J Wright on Friday, August 13 (via BlackBerry while out of office) regarding the Motion for Sanctions   Several items of correspondence on August 16, 2004 with J  Wright and J Schuh regarding the Motion for Sanctions | 175 00 | 0 80 | 140 00 |
| **08/17/2004** | | | | |
| SEB | Telephone call to B  Munn regarding Motion for Sanctions Correspondence with J. Schuh and J  Wright regarding Motion for Sanctions   Telephone call from B  Munn regarding the motion for sanctions   Correspondence with counsel regarding conference call   Conference call with J Schuh and J  Wright regarding the joint motion for sanctions Review of documents relevant to motion for sanctions | 175 00 | 2 50 | 437 50 |
| **08/18/2004** | | | | |
| SEB | Research, review of research and began drafting motion for sanctions | 175 00 | 4 50 | 787 50 |
| **08/23/2004** | | | | |
| SEB | Continued preparation of Motion for Sanctions, including reviewing relevant documents, research, review of research and draft, edit and review of facts relevant to the Motion | 175 00 | 5 40 | 945 00 |
| **08/24/2004** | | | | |
| SEB | Review of research regarding our motion for sanctions Preparation for, travel to and from, and attendance at status conference before Judge Manning.  Conference with counsel for Experian and TransUnion regarding our joint motion for sanctions | 175 00 | 2 30 | 402.50 |
| **08/27/2004** | | | | |
| SEB | Research regarding Rule 11, the provisions of the FCRA which allow sanctions, and the vexatious litigator statute | 175 00 | 2.20 | 385.00 |
| | For Current Services Rendered | | 26 10 | 4,637 50 |

### Advances

| | | |
|---|---|---|
| 08/24/2004 | Cost Advanced Stacie Barhorst -cab fare to/from status before Judgte Manning on  7/27/04 | 12 00 |
| 08/24/2004 | Cost Advanced Stacie Barhorst cab fate to Magistrate Levin on 7/29/04 | 12 00 |
| 08/25/2004 | Online Research LexisNexis 7/31/04 | 90.55 |
| | Total Advances | 114 55 |
| | Total Current Work | 4,752 05 |
| | Previous Balance | $2,318 00 |
| | Balance Due | $7,070.05 |

STATMAN, HARRIS, SIEGEL & EYRICH LLC
2900 Chemed Center, 255 East Fifth Street
Cincinnati, Ohio 45202-3013
Fed I D. No: 31-1662250
513 621 2666  Fax 513 621 4896

Nelnet, Inc
3015 S  Parker Road
Aurora  CO  80014

Attn: Bill Munn, Esq

Mayle v  Nelnet

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Page: 1 | | |
|  |  | 09/30/2004 | | |
|  | Account No: | 267-0001M | | |
|  | Statement No: | 6 | | |

### Fees

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| **09/09/2004** | | | | |
| SEB | Continued research regarding Motion for Sanctions | 175 00 | 3 50 | 612 50 |
| **09/13/2004** | | | | |
| SEB | Continued review of research and drafting the facts section of the Motion for Sanctions of Nelnet, TransUnion and Experian | 175 00 | 7 30 | 1,277 50 |
| **09/30/2004** | | | | |
| SEB | Telephone call from J  Schuh regarding our Motion for Sanctions | 175 00 | 0.20 | 35.00 |
|  | For Current Services Rendered | | 11 00 | 1,925 00 |
|  | Total Current Work | | | 1,925 00 |
|  | Previous Balance | | | $7,070 05 |

### Payments

| | | |
|---|---|---|
| 09/27/2004 | Fee Payment | -2,318 00 |
| 09/27/2004 | Fee Payment | -4,637 50 |
| 09/27/2004 | Cost Payment | -114.55 |
|  | Total Payments | -7,070 05 |
|  | Balance Due | $1,925.00 |

STATMAN, HARRIS, SIEGEL & EYRICH LLC
2900 Chemed Center, 255 East Fifth Street
Cincinnati, Ohio 45202-3013
Fed I D No: 31-1662250
513 621 2666  Fax 513 621 4896

Nelnet, Inc
3015 S Parker Road
Aurora  CO  80014

Attn: Bill Munn, Esq

Page: 1
10/31/2004
Account No:      267-0001M
Statement No:            8

Mayle v  Nelnet

## Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| **10/11/2004** | | | | | |
| | SEB | Telephone call to B  Munn regarding the status of the case | | | |
| | | Telephone call to A  Nyberg regarding our Motion for | | | |
| | | Sanctions | 185 00 | 0 40 | 74 00 |
| **10/13/2004** | | | | | |
| | SEB | Telephone call to B  Munn regarding the status of the case | 185 00 | 0 20 | 37 00 |
| | SEB | Telephone call from A  Nyberg regarding information | | | |
| | | necessary to finish the Motion for Sanctions | 185 00 | 0 20 | 37 00 |
| | SEB | Final edit and review of Motion for Sanctions | 185 00 | 0 20 | 37.00 |
| **10/21/2004** | | | | | |
| | SEB | Review of changes to Motion for Sanctions and | | | |
| | | correspondence with | | | |
| | | J  Schuh regarding when the item could be filed. | 185.00 | 0 80 | 148 00 |
| **10/26/2004** | | | | | |
| | SEB | Email to J  Schuh and J  Wright regarding filing the motion | | | |
| | | for sanctions | 185 00 | 0.20 | 37 00 |
| **10/27/2004** | | | | | |
| | SEB | Correspondence to and from J  Schuh regarding the Motion | | | |
| | | for Sanctions | 185 00 | 0.50 | 92.50 |
| | | For Current Services Rendered | | 2 50 | 462.50 |
| | | Total Current Work | | | 462.50 |
| | | Previous Balance | | | $1,925.00 |
| | | Balance Due | | | $2,387.50 |

STATMAN, HARRIS, SIEGEL & EYRICH LLC
2900 Chemed Center, 255 East Fifth Street
Cincinnati, Ohio 45202-3013
Fed I D No: 31-1662250
513 621 2666  Fax 513 621 4896

Nelnet, Inc
3015 S Parker Road
Aurora CO 80014

Page: 1
11/30/2004
Account No:        267-0001M
Statement No:               9

Attn: Bill Munn, Esq

Mayle v Nelnet

## Fees

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| **11/01/2004** | | | | |
| SEB | Review of correspondence from J Schuh regarding the Motion for Sanctions | 185 00 | 0 20 | 37 00 |
| **11/02/2004** | | | | |
| SEB | Research regarding co-counsel's procedural questions regarding Rule 11 | 185 00 | 0 50 | 92 50 |
| SEB | Correspondence to and from counsel regarding procedural issues raised about our request for Rule 11 sanctions | 185 00 | 0 50 | 92 50 |
| **11/08/2004** | | | | |
| SEB | Correspondence with J Schuh and J Wright regarding motion for sanctions | 185 00 | 0 40 | 74 00 |
| **11/09/2004** | | | | |
| SEB | Completed final edits requested by Trans Union Gathered all relevant attachments to the motion and forwarded the final version of the motion with attachments to J Schuh and J Wright | 185 00 | 2 10 | 388 50 |
| **11/16/2004** | | | | |
| SEB | Several items of correspondence with J Schuh and J Wright regarding requested changes and scheduling a hearing date Edited and reviewed motion per Trans Union's request | 185 00 | 1 20 | 222 00 |
| **11/17/2004** | | | | |
| SEB | Correspondence with court regarding binding of motion. Preparation of edited notice of motion Telephone call from B Munn regarding the motion | 185 00 | 0.40 | 74.00 |
| | For Current Services Rendered | | 5 30 | 980 50 |

## Advances

| | | | |
|---|---|---|---|
| 11/30/2004 | Online Research Lexis-Nexis 11/30/04 | | 122 81 |

Nelnet, Inc

Mayle v Nelnet

Page: 2
11/30/2004
Account No: 267-0001M
Statement No: 9

| | | |
|---|---|---:|
| | Total Advances | 122 81 |
| | Total Current Work | 1,103 31 |
| | Previous Balance | $2,387 50 |
| | Payments | |
| 11/08/2004 | Fee Payment | -1,925 00 |
| | Balance Due | $1,565.81 |

STATMAN, HARRIS, SIEGEL & EYRICH LLC
2900 Chemed Center, 255 East Fifth Street
Cincinnati, Ohio 45202-3013
Fed I D No: 31-1662250
513 621 2666  Fax 513 621 4896


Nelnet, Inc
3015 S Parker Road
Aurora CO 80014

Attn: Bill Munn, Esq

|  | Page: 1 |
|---|---|
|  | 12/31/2004 |
| Account No: | 267-0001M |
| Statement No: | 10 |

Mayle v Nelnet

### Fees

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| 12/02/2004 |  |  |  |  |
| SEB | Travel to and from and attendance at hearing on Motion for Sanctions   Conference with co-counsel regarding the motion | 185 00 | 1.20 | 222.00 |
|  | For Current Services Rendered |  | 1 20 | 222 00 |

### Advances

| 12/20/2004 | Cost Advanced Stacie Barhorst cab fare to/from court on 12/2/04 | 11.00 |
|---|---|---|
|  | Total Advances | 11 00 |
|  | Total Current Work | 233 00 |
|  | Previous Balance | $1,565.81 |

### Payments

| 12/09/2004 | Fee Payment | -462.50 |
|---|---|---|
| 12/27/2004 | Fee Payment | -980 50 |
| 12/27/2004 | Cost Payment | -122.81 |
|  | Total Payments | -1,565 81 |
|  | Balance Due | $233.00 |

STATMAN, HARRIS, SIEGEL & EYRICH LLC
2900 Chemed Center, 255 East Fifth Street
Cincinnati, Ohio 45202-3013
Fed I D No: 31-1662250
513 621 2666  Fax 513 621 4896

Nelnet, Inc
3015 S Parker Road
Aurora CO 80014

Attn: Bill Munn, Esq

|  | Page: 1 |
|---|---|
|  | 01/31/2005 |
| Account No: | 267-0001M |
| Statement No: | 11 |

Mayle v Nelnet

### Fees

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| 01/13/2005 |  |  |  |  |
| SEB | Review of Court's order regarding motion for sanctions. | 185 00 | 0 30 | 55 50 |
| SEB | Correspondence with B  Munn regarding the Court's order | 185 00 | 0.20 | 37.00 |
|  | For Current Services Rendered |  | 0 50 | 92 50 |
|  | Total Current Work |  |  | 92 50 |
|  | Previous Balance |  |  | $233 00 |

### Payments

| 01/28/2005 | Fee Payment |  |  | -222 00 |
|---|---|---|---|---|
| 01/28/2005 | Cost Payment |  |  | -11.00 |
|  | Total Payments |  |  | -233 00 |
|  | Balance Due |  |  | $92.50 |

STATMAN, HARRIS, SIEGEL & EYRICH LLC
2900 Chemed Center, 255 East Fifth Street
Cincinnati, Ohio 45202-3013
Fed. I.D. No: 31-1662250
513 621 2666  Fax 513 621 4896

Nelnet, Inc
3015 S  Parker Road
Aurora  CO  80014

Attn: Bill Munn, Esq

|  | Page: 1 |
|---|---|
|  | 02/28/2005 |
| Account No: | 267-0001M |
| Statement No: | 12 |

Mayle v  Nelnet

## Fees

| Date | | | Rate | Hours | |
|---|---|---|---|---|---|
| 02/16/2005 | | | | | |
| | SEB | REview of Plaintiff's response to Defendants' Motion for Sanctions | 185 00 | 0 30 | 55 50 |
| | SEB | Review and edit of Defendants' Reply brief in support of their Motion for Sanctions | 185 00 | 0 30 | 55 50 |
| | SEB | Review of documents to find appropriate document to attach to Reply brief | 185 00 | 0 20 | 37 00 |
| | SEB | Correspondence with J  Schuh and J  Wright regarding the Reply brief | 185 00 | 0 10 | 18 50 |
| 02/22/2005 | | | | | |
| | SEB | Reviewed and edited final draft of Reply to Motion for Sanctions | 185 00 | 0 30 | 55 50 |
| | SEB | Correspondence to and from J  Schuch and J  Wright regarding draft | 185 00 | 0 40 | 74 00 |
| | SEB | Reviewed and edited final draft of Reply to Motion for Sanctions | 185 00 | 0 30 | 55 50 |
| | SEB | Correspondence to and from J  Schuch and J. Wright regarding draft | 185 00 | 0.40 | 74.00 |
| | | For Current Services Rendered | | 2 30 | 425 50 |
| | | Total Current Work | | | 425 50 |
| | | Previous Balance | | | $92 50 |

## Payments

| | | | | | |
|---|---|---|---|---|---|
| 02/24/2005 | | Fee Payment | | | -92 50 |
| | | Balance Due | | | **$425.50** |

**STATMAN, HARRIS, SIEGEL & EYRICH LLC**
2900 Chemed Center, 255 East Fifth Street
Cincinnati, Ohio 45202-3013
Fed I D No: 31-1662250
513 621 2666  Fax 513 621 4896

Nelnet, Inc
3015 S  Parker Road
Aurora  CO  80014

Attn: Bill Munn, Esq

|  |  |
|---|---|
| | Page: 1 |
| | 03/31/2005 |
| Account No: | 267-0001M |
| Statement No: | 13 |

Mayle v  Nelnet

## Fees

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| **03/23/2005** | | | | |
| SEB | Reviewed court's ruling on Motion for Sanctions Correspondence to B  Munn regarding the successful motion | | | |
| | Correspondence to and from counsel for Experian and Trans Union regarding the ruling | 185 00 | 1.20 | 222.00 |
| **03/24/2005** | | | | |
| SEB | Correspondence with counsel for Trans Union and Experian regarding joint and several liability for sanctions and who will attend hearing on motion | 185 00 | 0.40 | 74.00 |
| | For Current Services Rendered | | 1 60 | 296 00 |
| | Total Current Work | | | 296 00 |
| | Previous Balance | | | $425 50 |

## Payments

|  |  |  |
|---|---|---|
| 03/28/2005 | Fee Payment | -425.50 |
| | Balance Due | $296.00 |

# Exhibit 2

STATMAN, HARRIS, SIEGEL & EYRICH LLC
2900 Chemed Center, 255 East Fifth Street
Cincinnati, Ohio 45202-3013
Fed I.D. No: 31-1662250
513 621 2666  Fax 513 621 4896

Nelnet, Inc
3015 S Parker Road
Aurora CO 80014

Attn: Bill Munn, Esq

Page: 1
05/31/2005
Account No:        267-0001M
Statement No:             15

Mayle v Nelnet

## Fees

| | | Rate | Hours | |
|---|---|---|---|---|
| **05/05/2005** | | | | |
| SCF | Email & telephone call to Piper Rudnick re: response to motion to reconsider | 225 00 | 0 40 | 90 00 |
| **05/09/2005** | | | | |
| SCF | Prepare three affidavits in support of reply brief - motion for sanctions | 225 00 | 1 30 | 292 50 |
| SCF | Review proposed first reply brief; edit; email to John Wright | 225 00 | 0 40 | 90 00 |
| SCF | Condense three affidavits into one affidavit | 225 00 | 0 60 | 135 00 |
| **05/20/2005** | | | | |
| SCF | Telephone call with Judy Schuch re: fee petition | 225 00 | 0 20 | 45.00 |
| **05/23/2005** | | | | |
| SCF | (2) telephone conferences to Judith Schuch; prepare petition for fees; prepare affidavit in support of petition | 225 00 | 3 80 | 855 00 |
| DDK | Obtained 5/11/05 order re: motion to reconsider | 185 00 | 0 10 | 18 50 |
| **05/24/2005** | | | | |
| JB | Researching case law on fee petitions for Rule 11 and other sanctions | 185 00 | 2 90 | 536 50 |
| JB | Edits to SCF's draft of fee petition | 185 00 | 0 70 | 129.50 |
| **05/26/2005** | | | | |
| JB | Drafting fee petition; creating tables insertion in petition | 185 00 | 2 80 | 518.00 |
| JB | Conference with AIE re: edits to fee petition | 185 00 | 0.10 | 18.50 |
| | For Current Services Rendered | | 13 30 | 2,728 50 |
| | Total Current Work | | | 2,728.50 |
| | Balance Due | | | $2,728.50 |

STATMAN, HARRIS, SIEGEL & EYRICH LLC
2900 Chemed Center, 255 East Fifth Street
Cincinnati, Ohio 45202-3013
Fed I D No: 31-1662250
513 621 2666 Fax 513 621 4896

Nelnet, Inc
3015 S Parker Road
Aurora CO 80014

Attn: Bill Munn, Esq

Mayle v Nelnet

| | | Page: 1 |
|---|---|---|
| | | 04/30/2005 |
| Account No: | | 267-0001M |
| Statement No: | | 14 |

| | | | |
|---|---|---|---|
| | Previous Balance | | $296 00 |
| | **Payments** | | |
| 04/19/2005 | Fee Payment | | -296.00 |
| | Balance Due | | $0.00 |

# Exhibit 3

STATMAN, HARRIS, SIEGEL & EYRICH LLC
2900 Chemed Center, 255 East Fifth Street
Cincinnati, Ohio 45202-3013
Fed I D. No: 31-1662250
513 621 2666 Fax 513 621 4896

Nelnet, Inc
3015 S Parker Road
Aurora CO 80014

Attn: Bill Munn, Esq

Page: 1
05/31/2005

Account No:    267-0001M
Statement No:    16

Mayle v Nelnet

### Advances

| | | |
|---|---|---|
| 05/31/2005 | Online Research Lexis-Nexis 5/31/05 | 81 39 |
| 05/31/2005 | Online Research Lexis-Nexis 5/31/05 | 72.61 |
| | Total Advances | 154 00 |
| | Total Current Work | 154 00 |
| | Previous Balance | $2,728 50 |
| | Balance Due | $2,882.50 |

### Past Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 05/31/2005 | 15 | 2728 50 | 2728.50 |
| | | | 2728 50 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

AMANDA MAYLE,

      Plaintiff,

      v.

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION LLC,
CREDIT BUREAU SERVICES,
NELNET UNIPAC SERVICE CORPORATION,

      Defendants.

Civil Action No. 03C 8746

Honorable Judge Manning

---

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
PETITION FOR ATTORNEY'S FEES AND COSTS**

      Defendant Experian Information Solutions, Inc. ("Experian"), through its attorneys,

hereby submits its Petition for Attorney's Fees and Costs against Plaintiff Amanda Mayle

("Plaintiff") and her counsel of record, Krohn & Moss, Ltd. ("K&M"). In support of its Petition,

Experian states as follows:

      1.     On March 18, 2005, this Court ordered sanctions pursuant to 28 U.S.C. § 1927

and 15 U.S.C. §§ 1681o(b) and 1681n(c) in favor of Experian and against K&M and Plaintiff

because "both [K&M and Plaintiff] acted unreasonably in filing this action because they knew

(or should have reasonably known) that the claims against Defendants were frivolous."

      2.     On May 11, 2005, this Court partially granted Plaintiff's Motion to Reconsider,

directing Experian to submit documentation supporting its fees and costs. The Court directed

Experian to make this submission pursuant to "federal and local rules."[1] In all other respects, the Court denied Plaintiff's Motion to Reconsider and affirmed its March 18, 2005 order.

3. The affidavit of John M. Wright, attached as Exhibit A, verifies the attorney's fees and costs incurred on behalf of Experian, including the hourly rates for the attorney who performed work on behalf of Experian in this matter and describes in more detail the type of work actually performed on behalf of Experian. Every time entry included in the attachments to Exhibit A was for a service that was both actually performed for Experian in good faith, as well as a service that was necessary for the diligent representation of Experian.

4. The various hourly rates for the Jones Day attorney who performed work on behalf of Experian are consistent with the prevailing market rates for legal services in the Chicago legal community for attorneys with similar background and experience in large firm practices. Additionally, the hourly rates were and are the standard hourly rates charged by Jones Day for other clients in matters like this litigation.

5. For the period running from December 3, 2003 (the day the Complaint was filed) through October 26, 2004 (the most recent day time entries were available before filing the Motion for Sanctions on November 11, 2004), the attorney's fees incurred on behalf of Experian totaled $4,731.00. During that time, Mr. Wright, an associate at Jones Day, billed 20.7 hours to this matter. This Court has found that, when the plaintiff's claims were frivolous, "it is appropriate to award attorney's fees that were incurred by [the defendants] since the day th[e] action was filed." *Roger Whitmore's Auto. Servs., Inc. v. Lake County*, No. 99-C-2504, 2004 U.S. Dist. LEXIS 24534, *7-8 (N.D. Ill. Dec. 3, 2004).

---

[1] To satisfy the Court's directive to abide by local rules, Experian reviewed Local Rule 54.3. This Rule, however expressly "does not apply to motions for sanctions under [Rule 11] or other sanctions provisions."

6.    For the period running from November 8, 2004 through April 30, 2005, the attorney's fees incurred on behalf of Experian totaled $3,693.00. During that time, Mr. Wright billed 14.9 hours to this matter.

7.    For the period running from May 5, 2005 through May 17, 2005, the attorney's fees incurred on behalf of Experian totaled $2,000.00. During that time, Mr. Wright billed 8.0 hours to this matter. As of the date of this petition, Jones Day has not yet invoiced Experian for this amount.

8.    For the period running from December 3, 2003 through May 5, 2005, the costs incurred on behalf of Experian totaled $333.19.

9.    Subject to the amounts to be included in any supplemental fee petition, the attorneys' fees and costs reasonably incurred on behalf of Experian arising out of or relating to this matter total $10,157.19.

WHEREFORE, for the reasons set forth herein and in the supporting Exhibits, Experian respectfully requests that this Court order K&M and Plaintiff to reimburse Experian for its attorney's fees and costs which were incurred as a result of defending itself in the above captioned action.

Dated: June 13, 2005                            Respectfully submitted,


John M. Wright
JONES DAY
77 West Wacker Drive
Chicago, IL 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

CHI-1480593v1

# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

AMANDA MAYLE,

      Plaintiff,

    v.

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION LLC,
CREDIT BUREAU SERVICES,
NELNET UNIPAC SERVICE CORPORATION,

      Defendants.

Civil Action No. 03C 8746

Honorable Judge Manning

## AFFIDAVIT OF JOHN M. WRIGHT

I, John M. Wright, being first duly sworn, state as follows:

1.    I am the lead attorney for Defendant Experian Information Solutions, Inc. ("Experian") in the above-captioned matter. I am a duly licensed attorney in the State of Illinois and am also a member of the bars of the United States District Courts for the Northern District Illinois and the Eastern District of Wisconsin. I make this affidavit in support of Experian's Petition for Attorney's Fees and Costs pursuant to this Court's March 18, 2005 and May 11, 2005 orders. If called as a witness, I would testify consistently with this affidavit.

2.    I joined the law firm Jones Day as an associate in 2002. I received my juris doctor degree from the University of Virginia School of Law in 2002 and my bachelor of arts degree from Duke University in 1998.

3.    In December 2003, Experian retained Jones Day to represent it in the above-captioned litigation. Jones Day has been representing Experian in federal Fair Credit Reporting Act cases such as this for numerous years.

4.      As of December 3, 2003, the date the Complaint was filed, my hourly billing rate was $200.00. At that time, this rate was consistent with the prevailing billing rates for legal services in the Chicago legal community for attorneys with similar background and experience in large firm practices.

5.      As of January 1, 2004, my hourly billing rate increased to $230.00. At that time, this rate was consistent with the prevailing billing rates for legal services in the Chicago legal community for attorneys with similar background and experience in large firm practices.

6.      As of January 1, 2005, my hourly billing rate increased to $250.00. This rate is consistent with the prevailing billing rates for legal services in the Chicago legal community for attorneys with similar background and experience in large firm practices.

7.      True and correct copies of the attorney's fees and costs incurred by Jones Day on behalf of Experian in this matter are attached to this affidavit as Exhibits 1-4. Exhibits 1 and 2 were prepared from contemporaneous time entries and identify the attorney who billed the time. Exhibits 1 and 2 also describe the work that the attorney performed and lists the amount of time incurred. Exhibits 3 and 4 list and describe the costs incurred on behalf of Experian.

8.      Exhibit 1 covers the period running from December 11, 2003 through April 20, 2005. Jones Day has already invoiced the time entries on Exhibit 1 to Experian. The attorney's fees from December 11, 2003 through October 26, 2004 total $4,731.00. This total reflects the amount of attorney's fees incurred on behalf of Experian before Defendants filed their Joint Motion for Sanctions. Exhibit 1 indicates that, during this time, Jones Day prepared to defend this matter on behalf of Experian, including: drafting a motion to extend time to respond to the Complaint; drafting an Answer to the Complaint; drafting a stipulated protective order; drafting responses to Plaintiff's interrogatories, requests for production and requests for admission; producing requested documents; attending five Court hearings; researching applicable sanctions law; and reviewing Defendants' Joint Motion for Sanctions.

CHI-1482353v1

9.     The attorney's fees for November 8, 2004 through April 30, 2005 are also included on Exhibit 1 and total $3,693.00. This total reflects the amount of attorney's fees incurred on behalf of Experian after Defendants filed their Joint Motion for Sanctions. Exhibit 1 indicates that, during this time, Jones Day continued to defend Experian's interests in this matter and prepared to recoup the attorney's fees incurred on behalf of Experian to defend this frivolous lawsuit, including: attending another Court hearing concerning Defendants' Joint Motion for Sanctions; researching legal standards for awarding sanctions; drafting the reply memorandum in support of Defendants' Joint Motion for Sanctions; researching legal standards for motions to reconsider; and initial drafting of Defendants' response to Plaintiff's motion to reconsider the Court's sanction order.

10.     Exhibit 2 covers the period running from May 5, 2005 through May 17, 2005. Jones Day has not yet invoiced the time entries on Exhibit 2 to Experian. The attorney's fees during this period total $2,000.00. Exhibit 2 indicates that, during this time, Jones Day continued to defend Experian's interests in this matter and prepared to recoup the attorney's fees incurred on behalf of Experian to defend this frivolous lawsuit, including: continued drafting of Defendants' response to Plaintiff's motion to reconsider the Court's sanction order and supporting affidavit and initial drafting of the fee petition.

11.     Exhibits 3 and 4 list and describe the costs incurred on behalf of Experian. Exhibit 3 indicates that, from December 31, 2003 through March 29, 2005, Experian was invoiced for $308.05 of costs, including: facsimile costs; copying costs; legal research costs; electronic docket costs; and travel costs for pleading filings. Exhibit 4 indicates that, from May 12, 2005 through June 2, 2005, Experian incurred, but has not yet been invoiced for, $28.16 of costs, including: copying costs and electronic docket costs.

12.     As of the date of this affidavit, the total attorney's fees and costs reasonably incurred on behalf of Experian as a result of Plaintiff's suit are $10,157.19.

CHI-1482353v1

Further affiant sayeth not.

John M. Wright

Subscribed and sworn to
before me this _13th_ day of
June, 2005.

Notary Public

> OFFICIAL SEAL
> SANDRA M. ZUBA
> Notary Public State of Illinois
> My Commission Expires Nov 19, 2006

# Exhibit 1

**Billed Recap of Time Detail - [026123-050630 - Mayle, Amanda v. Experian]**

Client: 026123 - Experian Information Solutions, Inc.  6/10/2005

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|------|----------|----------------------|-------|--------|-------------|
| 12/11/2003 | JP002444 | JOHN WRIGHT | 0.25 | 50.00 | Review Complaint; contact A. Schwab for |
| 1/29/2004 | | Invoice=31081210 | | | Plaintiff's identifying information. |
| 12/15/2003 | JP002444 | JOHN WRIGHT | 0.50 | 100.00 | Review complaint; prepare and serve appearance |
| 1/29/2004 | | Invoice=31081210 | | | and agreed motion for extension of time; draft |
| | | | | | and send letter to K. Hughes. |
| 12/29/2003 | JP002444 | JOHN WRIGHT | 0.25 | 50.00 | Review 26(f) form from Plaintiff's counsel; |
| 1/29/2004 | | Invoice=31081210 | | | communicate with A. Schwab regarding same. |
| 1/12/2004 | JP002444 | JOHN WRIGHT | 1.00 | 230.00 | Review file; draft end edit answer to |
| 2/29/2004 | | Invoice=31094914 | | | Plaintiff's complaint; serve same. |
| 2/4/2004 | JP002444 | JOHN WRIGHT | 1.00 | 230.00 | Draft Interrogatory responses; send same to K. |
| 4/7/2004 | | Invoice=31114481 | | | Hughes for review. |
| 2/6/2004 | JP002444 | JOHN WRIGHT | 1.50 | 345.00 | Revise and edit discovery responses; draft Rule |
| 4/7/2004 | | Invoice=31114481 | | | 26 disclosures; send discovery responses and |
| | | | | | Rule 26 disclosures to all counsel of record. |
| 3/12/2004 | JP002444 | JOHN WRIGHT | 0.50 | 115.00 | Review discovery responses; communicate with L. |
| 5/28/2004 | | Invoice=31146555 | | | Smith regarding same; draft supplementary |
| | | | | | response. |
| 3/14/2004 | JP002444 | JOHN WRIGHT | 1.50 | 345.00 | Review file; draft written discovery to |
| 5/28/2004 | | Invoice=31146555 | | | plaintiff. |
| 3/17/2004 | JP002444 | JOHN WRIGHT | 1.00 | 230.00 | Attend status conference. |
| 5/28/2004 | | Invoice=31146555 | | | |
| 3/29/2004 | JP002444 | JOHN WRIGHT | 1.00 | 230.00 | Draft and revise Experian's supplemental |
| 5/28/2004 | | Invoice=31146555 | | | responses to Plaintiff's written discovery. |
| 4/15/2004 | JP002444 | JOHN WRIGHT | 0.25 | 57.50 | Review motion to compel; communicate with |
| 6/29/2004 | | Invoice=31162052 | | | Plaintiff's counsel. |
| 4/16/2004 | JP002444 | JOHN WRIGHT | 0.25 | 57.50 | Communicate with Plaintiff's counsel regarding |
| 6/29/2004 | | Invoice=31162052 | | | motion to compel and protective order. |
| 4/19/2004 | JP002444 | JOHN WRIGHT | 0.25 | 57.50 | Draft stipulated protective order; review |
| 6/29/2004 | | Invoice=31162052 | | | correspondence with Plaintiff's counsel. |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|------|----------|----------------------|-------|--------|-------------|
| 4/27/2004 | JP002444 | JOHN WRIGHT | 0.25 | 57.50 | Draft and revise motion for agreed protective |
| 6/29/2004 | | Invoice=31162052 | | | order. |
| | | | | | |
| 5/2/2004 | JP002444 | JOHN WRIGHT | 0.25 | 57.50 | Review file for Monday's status hearing. |
| 7/31/2004 | | Invoice=31180814 | | | |
| | | | | | |
| 5/3/2004 | JP002444 | JOHN WRIGHT | 1.25 | 287.50 | Attend status hearing and hearing re: |
| 7/31/2004 | | Invoice=31180814 | | | stipulated protective order. |
| | | | | | |
| 5/5/2004 | JP002444 | JOHN WRIGHT | 0.50 | 115.00 | Review confidential documents; produce same and |
| 7/31/2004 | | Invoice=31180814 | | | protective order to Plaintiff's counsel. |
| | | | | | |
| 5/6/2004 | JP002444 | JOHN WRIGHT | 0.25 | 57.50 | Review file for tomorrow's status hearing. |
| 7/31/2004 | | Invoice=31180814 | | | |
| | | | | | |
| 5/7/2004 | JP002444 | JOHN WRIGHT | 1.00 | 230.00 | Attend status hearing. |
| 7/31/2004 | | Invoice=31180814 | | | |
| | | | | | |
| 5/12/2004 | JP002444 | JOHN WRIGHT | 0.25 | 57.50 | Review consent agreement for Plaintiff's |
| 7/31/2004 | | Invoice=31180814 | | | educational records. |
| | | | | | |
| 6/9/2004 | JP002444 | JOHN WRIGHT | 0.30 | 69.00 | Draft notice of motion for entry of protective |
| 9/14/2004 | | Invoice=31201203 | | | order. |
| | | | | | |
| 7/25/2004 | JP002444 | JOHN WRIGHT | 0.50 | 115.00 | Review third-party documents, Plaintiff's |
| 10/21/2004 | | Invoice=31219856 | | | third-party subpoena and Plaintiff's Motion for |
| | | | | | Injunction against Nelnet. |
| | | | | | |
| 7/27/2004 | JP002444 | JOHN WRIGHT | 1.30 | 299.00 | Attend hearing re: Plaintiff's injunction |
| 10/21/2004 | | Invoice=31219856 | | | motion; review pleadings re: same. |
| | | | | | |
| 7/28/2004 | JP002444 | JOHN WRIGHT | 0.20 | 46.00 | Communicate with co-defendants re: Experian's |
| 10/21/2004 | | Invoice=31219856 | | | settlement position. |
| | | | | | |
| 7/29/2004 | JP002444 | JOHN WRIGHT | 1.00 | 230.00 | Attend status hearing re: discovery schedule. |
| 10/21/2004 | | Invoice=31219856 | | | |
| | | | | | |
| 8/10/2004 | JP002444 | JOHN WRIGHT | 2.20 | 506.00 | Review Plaintiff's injunction motion for |
| 10/31/2004 | | Invoice=31226773 | | | hearing; attend hearing; review Plaintiff's |
| | | | | | Rule 26 disclosures for potential sanctions |
| | | | | | motion; communicate with A. Turner and M. Blum |
| | | | | | re: case status and potential sanctions motion; |
| | | | | | communicate with B. O'Connor re: other |
| | | | | | sanctions imposed against Krohn & Moss. |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|------|----------|----------------------|-------|--------|-------------|
| 8/13/2004 | JP002444 | JOHN WRIGHT | 0.20 | 46.00 | Communicate with J. Schuch and S. Barhorst re: |
| 10/31/2004 | | Invoice=31226773 | | | filing potential sanctions motion against Krohn |
| | | | | | & Moss. |
| | | | | | |
| 8/16/2004 | JP002444 | JOHN WRIGHT | 0.80 | 184.00 | Research sanctions under 28 USC 1927 and |
| 10/31/2004 | | Invoice=31226773 | | | applicable case law; communicate with J. Schuch |
| | | | | | re: sanctions motions and supporting law. |
| | | | | | |
| 8/17/2004 | JP002444 | JOHN WRIGHT | 0.80 | 184.00 | Communicate with D. Rawlins re: attorneys fees |
| 10/31/2004 | | Invoice=31226773 | | | awarded against Krohn & Moss in Moline case; |
| | | | | | review Moline order; communicate with J. Schuch |
| | | | | | and S. Barhorst about drafting sanctions |
| | | | | | motions and applicable law. |
| | | | | | |
| 10/4/2004 | JP002444 | JOHN WRIGHT | 0.40 | 92.00 | Review draft motion for sanctions; communicate |
| 11/29/2004 | | Invoice=31242391 | | | with S. Barhorst and J. Schuch re: same. |
| | | | | | |
| 11/8/2004 | JP002444 | JOHN WRIGHT | 0.10 | 23.00 | Communicate with S. Barhorst re: filing of |
| 12/30/2004 | | Invoice=31257647 | | | motion for sanctions. |
| | | | | | |
| 12/2/2004 | JP002444 | JOHN WRIGHT | 1.50 | 345.00 | Attend hearing re: motion for sanctions; |
| 3/14/2005 | | Invoice=31291504 | | | communicate with S. Barhorst and J. Schuch re: |
| | | | | | joint approach to motion and possible necessary |
| | | | | | research. |
| | | | | | |
| 1/19/2005 | JP002444 | JOHN WRIGHT | 0.30 | 75.00 | Communicate with J. Schuch and S. Barhorst re: |
| 3/21/2005 | | Invoice=31294435 | | | sanctions motion and court's order; review |
| | | | | | Plaintiff's motion to extend time. |
| | | | | | |
| 1/25/2005 | JP002444 | JOHN WRIGHT | 0.20 | 50.00 | Review court's ruling re: extension of time; |
| 3/21/2005 | | Invoice=31294435 | | | communicate with S. Barhorst and J. Schuch re: |
| | | | | | same. |
| | | | | | |
| 1/26/2005 | JP002444 | JOHN WRIGHT | 0.10 | 25.00 | Review minute order; communicate with S. |
| 3/21/2005 | | Invoice=31294435 | | | Barhorst and J. Schuch re: reply date. |
| | | | | | |
| 2/9/2005 | JP002444 | JOHN WRIGHT | 0.40 | 100.00 | Communicate with S. Barhorst and J. Schuch re: |
| 3/31/2005 | | Invoice=31300588 | | | Plaintiff's Response; review same. |
| | | | | | |
| 2/10/2005 | JP002444 | JOHN WRIGHT | 6.00 | 1500.00 | Review Defendants' Motion for Sanctions and |
| 3/31/2005 | | Invoice=31300588 | | | Plaintiff's Response; research impact of |
| | | | | | voluntary dismissals on prevailing parties; |
| | | | | | research section 1927 sanctions for filing a |
| | | | | | complaint without a pre-suit appropriate |
| | | | | | inquiry; review cases from research; begin |
| | | | | | drafting reply brief. |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|------|----------|----------------------|-------|--------|-------------|
| 2/11/2005 3/31/2005 | JP002444 | JOHN WRIGHT Invoice=31300588 | 2.00 | 500.00 | Draft, revise and edit sanctions motion reply brief; review case research for same. |
| 2/14/2005 3/31/2005 | JP002444 | JOHN WRIGHT Invoice=31300588 | 1.00 | 250.00 | Revise and edit reply brief in support of sanctions; send same and cited authority to S. Barhorst and J. Schuch. |
| 2/22/2005 3/31/2005 | JP002444 | JOHN WRIGHT Invoice=31300588 | 0.60 | 150.00 | Revise and edit reply brief for sanctions; communicate with S. Barhorst re: filing. |
| 3/23/2005 4/27/2005 | JP002444 | JOHN WRIGHT Invoice=31313585 | 0.20 | 50.00 | Review Judge Manning's order on sanctions motion. |
| 3/23/2005 4/27/2005 | JP002444 | JOHN WRIGHT Invoice=31313585 | 0.20 | 50.00 | Communicate with A. Turner re: Judge Manning's order on sanctions motion; discuss legal options in going forward. |
| 3/23/2005 4/27/2005 | JP002444 | JOHN WRIGHT Invoice=31313585 | 0.10 | 25.00 | Communicate with S. Barhorst and J. Schuch re: Judge Manning's order on sanctions motion. |
| 3/24/2005 4/27/2005 | JP002444 | JOHN WRIGHT Invoice=31313585 | 0.20 | 50.00 | Review Plaintiff's motion for extension of time; communicate with J. Schuch and S. Barhorst re: same. |
| 4/4/2005 5/30/2005 | JP002444 | JOHN WRIGHT Invoice=31337639 | 0.20 | 50.00 | Review Judge Manning's order and Plaintiff's Motion for extension of time to confirm dates by which Plaintiff must file and Defendants must respond. |
| 4/27/2005 5/30/2005 | JP002444 | JOHN WRIGHT Invoice=31337639 | 0.40 | 100.00 | Review Plaintiff's motion to reconsider order for sanctions. |
| 4/29/2005 5/30/2005 | JP002444 | JOHN WRIGHT Invoice=31337639 | 0.10 | 25.00 | Communicate with J. Schuch regarding strategy and response to Plaintiff's Motion to Reconsider. |
| 4/30/2005 5/30/2005 | JP002444 | JOHN WRIGHT Invoice=31337639 | 1.00 | 250.00 | Begin drafting response to Plaintiff's Motion to Reconsider Sanctions. |
| 4/30/2005 5/30/2005 | JP002444 | JOHN WRIGHT Invoice=31337639 | 0.30 | 75.00 | Research legal standard for motions to reconsider. |
| | | BILLED TOTALS: WORK: | 35.60 | 8424.00 | 49 records |
| | | GRAND TOTALS: WORK: | 35.60 | 8424.00 | 49 records |

# Exhibit 2

**Unbilled Recap of Time Detail - [026123-050630 - Mayle, Amanda v. Experian]**

**Client: 026123 - Experian Information Solutions, Inc. 6/10/2005**

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|------|----------|----------------------|-------|--------|-------------|
| 5/5/2005 | JP002444 | JOHN WRIGHT | 1.50 | 375.00 | Continue drafting response to Plaintiff's motion to reconsider. |
| 5/6/2005 | JP002444 | JOHN WRIGHT | 2.80 | 700.00 | Continue drafting response to Plaintiff's motion to reconsider; review pleadings for same. |
| 5/8/2005 | JP002444 | JOHN WRIGHT | 1.30 | 325.00 | Draft, revise and edit response to Plaintiff's motion to reconsider; draft affidavit regarding fees for same. |
| 5/9/2005 | JP002444 | JOHN WRIGHT | 1.00 | 250.00 | Revise and edit response to Plaintiff's motion for reconsideration based on comments from co-defendants. |
| 5/10/2005 | JP002444 | JOHN WRIGHT | 0.20 | 50.00 | Communicate with S. Frost regarding motion for reconsideration response and supporting affidavits. |
| 5/11/2005 | JP002444 | JOHN WRIGHT | 0.10 | 25.00 | Communicate with J. Schuch re: filing of response brief and supporting affidavit. |
| 5/12/2005 | JP002444 | JOHN WRIGHT | 0.30 | 75.00 | Revise, edit and finalize motion to reconsider response brief for filing. |
| 5/12/2005 | JP002444 | JOHN WRIGHT | 0.20 | 50.00 | Review court's order on Plaintiff's motion for reconsideration; communicate with S. Frost and J. Schuch re: same. |
| 5/17/2005 | JP002444 | JOHN WRIGHT | 0.10 | 25.00 | Communicate with M. Bond re: fees and costs for fee petition. |
| 5/17/2005 | JP002444 | JOHN WRIGHT | 0.50 | 125.00 | Begin drafting fee petition; review model fee petition for same. |
| | | UNBILLED TOTALS: WORK: | 8.00 | 2000.00 | 10 records |
| | | GRAND TOTALS:    WORK: | 8.00 | 2000.00 | 10 records |

# Exhibit 3

**Billed Recap of Cost Detail - |026123-d506.i0 - Mayle, Amanda v. Experian|**
**Client: 026123 - Experian Information Solutions, Inc. 6/10/2005**

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|
| 12/31/2003 1/31/2004 | JP002444 | JOHN WRIGHT Invoice= 31081661 | EITC | 1.00 | 3.00 | 3.00 | Telecopy charges 12/15/03 outgoing |
| 1/15/2004 2/29/2004 | JP724245 | CHICAGO ACCOUNTING Invoice=31094914 | RDUP | 66.00 | 0.20 | 13.20 | Duplication charges 01/09/04 - 01/15/04 |
| 1/21/2004 2/29/2004 | JP002444 | JOHN WRIGHT Invoice=31094914 Voucher=10875974 Paid | VTAXI | 1.00 | 10.00 | 10.00 | Taxi Fare - PETTY CASH SANTOS 1/12 Paid: 1003255 01/21/2004 |
| 2/5/2004 4/7/2004 | JP724245 | CHICAGO ACCOUNTING Invoice=31114481 | RDUP | 142.00 | 0.20 | 28.40 | Duplication charges 01/30/04 - 02/05/04 |
| 2/12/2004 4/7/2004 | JP724245 | CHICAGO ACCOUNTING Invoice=31114481 | RDUP | 595.00 | 0.20 | 119.00 | Duplication charges 02/06/04 - 02/12/04 |
| 2/26/2004 4/7/2004 | JP724245 | CHICAGO ACCOUNTING Invoice=31114481 | RDUP | 1.00 | 0.20 | 0.20 | Duplication charges 02/20/04 - 02/26/04 |
| 2/27/2004 4/7/2004 | JP002444 | JOHN WRIGHT Invoice=31114481 | RLEXIS | 1.00 | 10.92 | 10.92 | Lexis Charges: 02/27/2004 |
| 3/4/2004 5/28/2004 | JP724245 | CHICAGO ACCOUNTING Invoice=31146555 | RDUP | 8.00 | 0.20 | 1.60 | Duplication charges 02/27/04 - 03/04/04 |
| 3/18/2004 5/28/2004 | JP724245 | CHICAGO ACCOUNTING Invoice=31146555 | RDUP | 126.00 | 0.20 | 25.20 | Duplication charges 03/12/04 - 03/18/04 |
| 3/25/2004 5/28/2004 | JP724245 | CHICAGO ACCOUNTING Invoice=31146555 | RDUP | 145.00 | 0.20 | 29.00 | Duplication charges 03/19/04 - 03/25/04 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|
| 3/30/2004<br>5/28/2004 | JP724245 | CHICAGO ACCOUNTING<br>Invoice: 31146555 | RPOST | 1.00 | 6.45 | 6.45 | Postage charges 3/15/04 |
| 4/22/2004<br>6/29/2004 | JP724245 | CHICAGO ACCOUNTING<br>Invoice: 31162052<br>Voucher=10915742 Paid | VCOMP | 1.00 | 0.98 | 0.98 | Computerized research services - PACER SERVICE<br>CENTER<br>Paid: 1004612  04/22/2004 |
| 4/29/2004<br>6/29/2004 | JP724245 | CHICAGO ACCOUNTING<br>Invoice=31162052 | RDUP | 81.00 | 0.20 | 16.20 | Duplication charges<br>04/23/04 - 04/29/04 |
| 5/10/2004<br>7/31/2004 | JP724245 | CHICAGO ACCOUNTING<br>Invoice=31180814 | RPOST | 1.00 | 4.15 | 4.15 | Postage charges 4/28/04 |
| 5/18/2004<br>7/31/2004 | JP002444 | JOHN WRIGHT<br>Invoice=31180814<br>Voucher=10925912 Paid | VTAXI | 1.00 | 10.00 | 10.00 | Taxi Fare - PETTY CASH SANTOS 4/28<br>Paid: 1004886  05/18/2004 |
| 8/16/2004<br>10/31/2004 | JP002444 | JOHN WRIGHT<br>Invoice=31226773 | RLEXIS | 1.00 | 13.14 | 13.14 | Lexis Charges: 08/16/2004 |
| 8/30/2004<br>10/31/2004 | JP724245 | CHICAGO ACCOUNTING<br>Invoice=31226773 | RCOMP | 1.00 | 0.42 | 0.42 | Computerized research services - PACER SERVICE<br>CENTER 4/01/-6/30 |
| 11/30/2004<br>12/30/2004 | JP724245 | CHICAGO ACCOUNTING<br>Invoice=31257647 | RCOMP | 1.00 | 2.59 | 2.59 | Computerized research services - PACER SERVICE<br>7/1/04 - 9/30/04 |
| 1/27/2005<br>3/21/2005 | JP724245 | CHICAGO ACCOUNTING<br>Invoice=31294435<br>Voucher=11034190 Paid | VCOMP | 1.00 | 0.42 | 0.42 | Computerized research services - PACER SERVICE<br>CENTER<br>Paid: 1008450 01/27/2005 |
| 2/10/2005<br>3/31/2005 | JP724245 | CHICAGO ACCOUNTING<br>Invoice=31300588 | RDUP | 31.00 | 0.20 | 6.20 | Duplication charges<br>02/04/05 - 02/10/05 |

Page 2

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|
| 3/3/2005 4/27/2005 | JP724245 | CHICAGO ACCOUNTING Invoice 31313585 | RDUP | 17.00 | 0.20 | 3.40 | Duplication charges 02/25/05 - 03/03/05 |
| 3/29/2005 4/27/2005 | JP002444 | JOHN WRIGHT Invoice 31313585 | RLEXIS | 1.00 | 3.58 | 3.58 | Lexis Charges: 02/10/2005 |
| | | BILLED TOTALS:     WORK: | | | | 308.05 | 22 records |
| | | GRAND TOTAL:     WORK: | | | | 308.05 | 22 records |

Page 3

# Exhibit 4

**Unbilled Recap of Cost Detail - [026123-050630 - Mayle, Amanda v. Experian]**

Client: 026123 - Experian Information Solutions, Inc. 6/10/2005

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|
| 5/12/2005 | JP724245 | CHICAGO ACCOUNTING | RCOMP | 1.00 | 0.56 | 0.56 | Computerized research services PACER SERVICE CENTER 1/1/05-3/31/05 |
| 5/12/2005 | JP724245 | CHICAGO ACCOUNTING | RDUP | 125.00 | 0.20 | 25.00 | Duplication charges 05/06/05 - 05/12/05 |
| 6/2/2005 | JP724245 | CHICAGO ACCOUNTING | RDUP | 13.00 | 0.20 | 2.60 | Duplication charges 05/27/05 - 06/02/05 |
| | | UNBILLED TOTALS:   WORK: | | | | 28.16 | 3 records |
| | | GRAND TOTAL:   WORK: | | | | 28.16 | 3 records |

Page 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| AMANDA MAYLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 03 C 8746 |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, | ) | |
| EXPERIAN INFORMATION SOLUTIONS, | ) | |
| INC., TRANS UNION LLC, CREDIT | ) | |
| BUREAU SERVICES, NELNET UNIPAC | ) | |
| SERVICE CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT TRANS UNION LLC'S
### PETITION FOR ATTORNEYS' FEES AND COSTS

Defendant Trans Union LLC ("Trans Union"), through its attorneys, hereby submits its Petition for Attorneys' Fees and Costs against Plaintiff Amanda Mayle ("Plaintiff") and her counsel of record, Krohn & Moss, Ltd. ("K&M"). In support of its Petition, Trans Union states as follows:

1.     On March 18, 2005, this Court ordered sanctions pursuant to 28 U.S.C. § 1927 and 15 U.S.C. §§ 1681o(b) and 1681n(c) in favor of Trans Union and against K&M and Plaintiff because "both [K&M and Plaintiff] acted unreasonably in filing this action because they knew (or should have reasonably known) that the claims against Defendants were frivolous."

2.     On May 11, 2005, this Court granted Plaintiff's Motion to Reconsider in part, directing Trans Union to submit documentation supporting its fees and costs. The Court directed

Trans Union to make this submission pursuant to "federal and local rules."[1] In all other respects, the Court affirmed its March 18, 2005 order and denied Plaintiff's Motion to Reconsider.

3.      The affidavit of Judith L. Schuch, attached hereto as Exhibit A, verifies the attorneys' fees and costs incurred on behalf of Trans Union, including the hourly rates for the work performed on behalf of Trans Union in this matter, and describes in more detail the type of work actually performed on behalf of Trans Union. Every entry included in the attachment to Exhibit A is for a service that was actually performed and necessary for the diligent representation of Trans Union.

4.      The various hourly rates for the work performed work on behalf of Trans Union are consistent with the prevailing market rates for legal services in the Chicago legal community for attorneys with similar background and experience in large firm practices. In addition, the hourly rates were and are the typical hourly rates charged by DLA Piper for similar clients in matters similar to this litigation.

5.      For the period running from December 3, 2003 (the day the Complaint was filed) through October 20, 2004 (the most recent day time entries were available before filing Defendants' Motion for Sanctions on November 11, 2004), attorneys' fees and costs incurred on behalf of Trans Union totaled $23,008.70. During that time, Ms. Schuch, an associate at DLA Piper, billed 69.8 hours at a billing rate of $270.00/hour to this matter; Dan Halvorsen, an of counsel associate, billed 4.7 hours at a billing rate of $252.00/hour and Douglas Murphy, a litigation paralegal, worked 17.5 hours at a billing rate of $153.00/hour. Total litigation costs incurred in this matter were $300.80.

---

[1]      To satisfy the Court's directive to follow local rules, Trans Union consulted Local Rule 54.3. However, this Rule expressly states that it "does not apply to motions for sanctions under [Rule 11] or other sanctions provisions."

6.     This Court has previously determined that, when the plaintiff's claims are deemed frivolous, "it is appropriate to award attorney's fees that were incurred by [the defendants] since the day th[e] action was filed." *Roger Whitmore's Auto. Servs., Inc. v. Lake County*, No. 99-C-2504, 2004 U.S. Dist. LEXIS 24534, *7-8 (N.D. Ill. Dec. 3, 2004). Accordingly, for the period running from October 21, 2004 through May 31, 2005, the attorneys' fees incurred on behalf of Trans Union totaled $6,156 hours. During that time, Ms. Schuch billed 22.8 hours at a billing rate of $270.00/hour to this matter and additional costs of $77.08 were incurred for a total of $377.88 in costs incurred defending this litigation.

7.     Subject to the amounts to be included in any supplemental fee petition, the attorneys' fees and costs reasonably incurred on behalf of Tran Union arising out of or relating to this matter total $29,541.95.

**WHEREFORE**, for the reasons set forth herein and in the supporting Exhibits, Trans Union LLC respectfully requests that this Court order K&M and Plaintiff to reimburse Trans Union LLC for its attorneys' fees and costs which were incurred as a result of defending itself in the above captioned action.

Dated: June 14, 2005.

Respectfully submitted,

By _____
Monica L. Thompson
Judith L. Schuch
**DLA Piper Rudnick Gray Cary US LLP**
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
Telephone: 312-368-4000
Facsimile: 312-251-5712

Counsel for Defendant
TRANS UNION, LLC

## CERTIFICATE OF SERVICE

I, Judith L. Schuch, hereby certify that a true and correct copy of **DEFENDANTS NELNET, INC., EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC'S JOINT FEE PETITION** was sent, *via first class U.S. mail*, to the party listed below on June 14, 2005:

Larry Paul Smith
Krohn & Moss, Ltd.
120 W. Madison St., 10th Floor
Chicago, IL 60602
*Attorney for Plaintiff*

Judith L. Schuch

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

AMANDA MAYLE,

      Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION LLC,
CREDIT BUREAU SERVICES,
NELNET UNIPAC SERVICE CORPORATION,

      Defendants.

Civil Action No. 03 C 8746

Honorable Judge Manning

## AFFIDAVIT OF JUDITH L. SCHUCH

I, Judith L. Schuch, being first duly sworn, state as follows:

1.    I am the primary attorney for Defendant Trans Union LLC ("Trans Union") in the above-captioned matter. I am a licensed attorney in the State of Illinois and am also a member of the bar of the United States District Courts for the Northern District Illinois. I make this affidavit in support of Trans Union's Petition for Attorney's Fees and Costs pursuant to orders of this Court dated March 18, 2005 and May 11, 2005. If called as a witness, I would competently testify to the facts contained in this affidavit.

2.    I received my bachelor of arts degree from the University of Illinois at Champaign-Urbana in 1990 and my juris doctor degree from The John Marshall School of Law in Chicago, Illinois in 2000. I joined the law firm DLA Piper Rudnick Gray Cary US LLP ("DLA Piper") as an associate in 2000.



EXHIBIT

A

3.      In December 2003, Trans Union retained DLA Piper to represent it in the above-captioned litigation.   DLA Piper has been representing Trans Union in federal Fair Credit Reporting Act cases such as the case at bar for many years.

4.      As of December 3, 2003, the date the Complaint was filed, through today, my hourly billing rate has been $270.00; Dan Halvorsen's billing rate was $252.00/hour; and Douglas Murphy's billing was $153.00/hour.   These billing rates were and are consistent with the prevailing billing rates for legal services in the Chicago legal community for attorneys and litigation paralegals with similar background and experience in large firm practices.

5.      A true and correct copy of the attorneys' fees and costs incurred by Trans Union through DLA Piper in this matter are attached to this affidavit as Exhibit 1.   Exhibit 1 is a document produced through DLA Piper's billing department using contemporaneous time entries.   It identifies the attorney or paralegal who billed time to this case, describes the work that each person performed, and lists the amount of time each task or assignment took.   Exhibit 1 contains some redacted items relating to industry trade secrets, time write-offs or unbilled time.

6.      Exhibit 1 further indicates that DLA Piper defended this matter on behalf of Trans Union in the following ways:  investigating Plaintiff's allegations relating to Trans Union, drafting a motion to extend time to respond to the Complaint; drafting an Answer and Affirmative Defenses to the Complaint; conducting extensive factual and legal research into the relationship between Trans Union and Credit Bureau Services; drafting correspondence to Plaintiff's counsel regarding the relationship between Trans Union and Credit Bureau Services; conducting negotiations between Trans Union and Credit Bureau Services regarding their relationship and the relationship to this case; reviewing, editing and discussing the merits of a stipulated protective order; drafting and editing responses to Plaintiff's interrogatories, requests for

production and requests for admission; drafting written discovery to Plaintiff; negotiating deposition schedules by and between all defendants; producing requested documents to Plaintiff; attending seven (7) separate hearings before Judge Manning or Magistrate Judge Levin; performing research regarding legal standards for awarding sanctions and verifying legal research for Defendants' Motion for Sanctions; reviewing and editing Defendants' Motion for Sanctions; reviewing Plaintiff's motion to reconsider and researching related legal issues; drafting affidavit in support of Defendants' response to Plaintiff Motion to Reconsider, revising affidavit in support of Defendants' Fee Petition; and corresponding with my partner in the office and the client regarding the developing status of this case.

7.      Litigation costs incurred in this case from December 11, 2003 through May 31, 2005 total$377.88 and include: facsimile costs; copying costs; legal research costs; filing fees; electronic docket costs; and limited travel costs for motions and pleading filings.

8.      As of the date of this affidavit, the total attorneys' fees and costs reasonably incurred on behalf of Trans Union as a result of Plaintiff's suit are $29,541.95.

        Further affiant sayeth not.

_____
Judith L. Schuch

Subscribed and Sworn to before
me this _13th_ day of June, 2005

_____
Notary Public

"OFFICIAL SEAL"
GLENDA D. BURNS
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 01/04/2008

Jun 10 2005    15:27:10

DLA Piper Rudnick Gray Cary US LLP
Report ID.
ATTORNEY/CLIENT WORKLOAD DETAIL
From Jan 01 1901 Thru Jun 10 2005
SORT LEVEL. INITIALS SORT

Page    1

**REDACTED**

| Timecard | Date | Disp. | Hours | Bill Stat | Narrative |
|---|---|---|---|---|---|
| **Judi Schuch** | | | | | |
| **2632060l Trans Union LLC - Pai** | | | | | |
| **2632304-001509 Amanda Mayle V.** | | | | | |
| 19926061 | 03/12/2004 | Billed | .90 | B | Meet with D. Halvorsen regarding status of file and transition and review file regarding same. |
| 19926324 | 03/14/2004 | Billed | 1.80 | B | Review file and edit responses to Request to Admit, Request to Produce, and Interrogatories. |
| 19926104 | 03/15/2004 | Billed | 2.00 | B | Review documents supporting ██████████ edit Trans Union's response to request to produce and interrogatory answers. |
| 19938175 | 03/16/2004 | Billed | 5.80 | B | Review ████████████ and supporting documentation; review and revise discovery responses; spoke with Liz Wilson at Trans Union regarding same; meet with D. Halvorsen regarding authority and relationship to Cronus Bureau. |
| 19938192 | 03/17/2004 | Billed | 1.50 | B | Attend court status before Judge Levin; meet with all defendants to discuss discovery depositions and document requests; draft emails regarding same; speak with counsel regarding upcoming plaintiff deposition. |
| 19950738 | 03/23/2004 | Billed | 1.80 | B | Review discovery responses and documents received from co-defendants; revise Trans Union's discovery responses for M. Thoragan. |
| 19966191 | 03/24/2004 | Billed | .80 | B | Revise discovery responses to plaintiff and discuss same with D. Halvorsen. |
| 19966268 | 03/25/2004 | Billed | .80 | B | Revise and forward discovery responses to S. Motlasz and L. Marnull. |
| 20000880 | 03/30/2004 | Billed | 1.10 | B | Spoke with L. Smith regarding discovery responses and placed calls to client regarding verifications and review of discovery responses; review discovery response from Fort Wayne Credit Bureau and documents from Nainet and CBC of Fort Wayne. |
| 20774524 | 04/01/2004 | Billed | 1.90 | B | Spoke with R. Motlasz regarding discovery responses; revised discovery responses and served same on all counsel of record. |
| 20774934 | 04/06/2004 | Billed | 2.40 | B | Placed calls to opposing counsel and clerk for the court regarding withdrawal of motion to compel; review email regarding requests to admit and review discovery responses from Credit Bureau Services. |
| 20806861 | 04/13/2004 | Billed | 1.30 | B | Prepare amended request to admit in response to opposing counsel's email and forward to client for review. |
| 20806991 | 04/16/2004 | Billed | .50 | B | Conference with R. Motlasz regarding amended response to request to admit and serve same. |

EXHIBIT
tabber
1

Jun 10 2005    15.27.10

DLA Piper Rudnick Gray Cary US LLP
Report ID.
ATTORNEY/CLIENT WORKLOAD DETAIL
From Jan 01 1901 Thru Jun 10 2005
SORT LEVEL, INITIALS SORT

Page 2

| Timecard | Date | Disp. | Hours | Bill Stat | Narrative |
|---|---|---|---|---|---|
| 20818011 | 04/19/2004 | Billed | 1.10 | B | Review discovery responses received from CBC in preparation for discovery requests to plaintiff. |
| 20818077 | 04/20/2004 | Billed | .60 | B | Emailed with co-defendants' counsel regarding plaintiff's deposition, discovery status and production. |
| 20827953 | 04/21/2004 | Billed | 1.80 | B | Review discovery responses, review documents produced by all parties and revise discovery requests to plaintiff. |
| 20845973 | 04/22/2004 | Billed | 1.90 | B | Spoke with counsel for Nelnet regarding discovery status and documents produced; revise discovery requests to plaintiff and serve same. |
| 20877125 | 04/27/2004 | Billed | .40 | B | Spoke with opposing counsel regarding amended discovery and settlement position on Trans Union; fax amended discovery to opposing counsel. |
| 20936510 | 05/03/2004 | Billed | 1.00 | B | Met with co-defendants regarding status of discovery; attend status before Judge Levin regarding same. |
| 20936851 | 05/06/2004 | Billed | .50 | B | Met with M. Thompson regarding discovery responses and amended responses; review discovery responses by CBC regarding investigation. |
| 20955393 | 05/07/2004 | Billed | 1.10 | B | Review Gray case against Experian regarding similar facts as Mayle in an effort to proceed to settlement; spoke with counsel regarding same. |
| 21241056 | 06/30/2004 | Billed | 2.90 | B | Research caselaw re: credit reporting agency relationship with Cronus Bureau; draft emails to co-defendants re: discovery from university; draft letter to A. Schwab re: basis for summary judgment by Trans Union. |
| 21281504 | 07/09/2004 | Billed | 1.70 | B | Review documents produced by CBS; review plaintiff's disclosure documents, review email from opposing counsel regarding relationship between Trans Union and CBS; draft email to D. Norgle and P. Norris regarding disclosure of contract between Trans Union and CBS. |
| 21289050 | 07/12/2004 | Billed | .90 | B | Draft numerous emails to CBS counsel regarding agreement between the parties for reinvestigation and discovery requests. |
| 21315417 | 07/13/2004 | Billed | .90 | B | Draft discovery requests to CBS following telephone conversation with counsel for CBS. |
| 21316304 | 07/17/2004 | Billed | 3.20 | B | Review emails regarding agreement between |

DLA Piper Rudnick Gray Cary US LLP
Report ID:
ATTORNEY/CLIENT WORKLOAD DETAIL
From Jan 01 1901 Thru Jun 10 2005
SORT LEVEL, INITIALS SORT

Page  4

| Timecard | Date | Disp. | Hours | Bill Stat | Narrative |
|---|---|---|---|---|---|
| 21502025 | 08/17/2004 | Billed | 1.90 | B | Experian; forward Fayant order to Nelnet and Experian for review. |
| | | | | | Review copy of brief for sanctions and related order in Moline case; participate in conference call with Nelnet and Experian regarding sanctions issue, assignment of duties and legal authority. |
| 21502542 | 08/19/2004 | Billed | 1.30 | B | Review motions for sanctions case law on sanctions and prepare email to co-defendant on existing law on point. |
| 21550386 | 08/23/2004 | Billed | 2.80 | B | Met with A. Hartman regarding sanctions motion; spoke with opposing counsel regarding motion for sanctions; met at length with B. Campbell, S. Adelman and M. Thompson regarding same; left voicemail message for D. Halvorsen and draft email to client regarding same. |
| 21550760 | 08/24/2004 | Billed | 1.70 | B | Prepare for and attend status hearing before Judge Manning; draft numerous emails to D. Halvorsen regarding threat from Krohn & Moss, met with co-defendants regarding threats of non-cooperation from K&M. |
| 21747491 | 09/30/2004 | Billed | 3.10 | B | Review and revise fact section of motion for sanctions initially drafted by counsel for Nelnet; spoke with J. Wright and S. Barhorst regarding same; review file. |
| 21770054 | 10/01/2004 | Billed | 2.40 | B | Review and revise fact section of sanctions brief and spoke with co-movants regarding status of brief. |
| 21770159 | 10/04/2004 | Billed | .90 | B | Respond to email messages from Experian regarding fact section; review and revise legal section of brief and forward to co-movants for review. |
| 21795283 | 10/07/2004 | Billed | .50 | B | Spoke with co-defense counsel regarding status motion for sanctions. |
| 21823541 | 10/15/2004 | Billed | .50 | B | Review and revise brief for sanctions from co-defendant Nelnet. |
| 21906538 | 10/27/2004 | Billed | .50 | B | Review file for Rule 11 notification and draft email to co-defendants regarding Rule 11 sanctions and notification procedure. |
| 21961563 | 11/08/2004 | Billed | .80 | B | Review emails from Nelnet and Experian's counsel; review motion for sanctions with counsel; discuss with D. Halvorsen; spoke with counsel for Nelnet regarding same. |
| 21961597 | 11/09/2004 | Billed | .90 | B | Met with M. Thompson regarding Rule 11 issues; spoke with D. Halvorsen regarding |

DLA Piper Rudnick Gray Cary US LLP
Report ID:
ATTORNEY/CLIENT WORKLOAD DETAIL
From Jan 01 1901 thru Jun 10 2005
SORT LEVEL, INITIALS SORT

| Timecard | Date | Disp. | Hours | Bill Stat | Narrative |
|---|---|---|---|---|---|
| 22144402 | 12/02/2004 | Billed | .50 | B | same; draft email to S. Barhorst regarding Trans Union's position, footnote and remarks on brief. |
| 22346703 | 01/18/2005 | Billed | .60 | B | Attend court status on motion for sanctions and spoke with co-defendants regarding contents of motion and compliance with Rule 11. |
| 22346851 | 01/19/2005 | Billed | .70 | B | Spoke with co-defendants regarding coordinated reply to response brief for sanctions. |
| 22361333 | 01/21/2005 | Billed | .70 | B | Review motion for extension of time to file by plaintiff; place conference call to co-defendants regarding position on motion and place call to plaintiff's counsel regarding same. |
| 22486458 | 02/09/2005 | Billed | 1.60 | B | Spoke with plaintiff's counsel, co-defendants and the clerk of the court regarding agreement for extension among co-defendants. Review response brief filed by plaintiff and spoke with co-counsel regarding contents of brief, cases cited therein, and division of tasks. |
| 22505138 | 02/16/2005 | Billed | .90 | B | Review defendants' response brief and case law cited therein in anticipation of drafting reply brief in support of motion for sanctions. |
| 22521351 | 02/18/2005 | Billed | 1.90 | B | Review response brief from plaintiff and draft portion of reply brief in support of motion for sanctions. |
| 22535508 | 02/21/2005 | Billed | 2.20 | B | Review case law and citation to case law within reply brief; edit text of draft brief and forward redline version to co-defendants with cover email. |
| 22535543 | 02/22/2005 | Billed | .80 | B | Revise reply brief; draft emails to client nd co-defendants regarding finalizing brief. |
| 22835706 | 03/24/2005 | Billed | .80 | B | Review plaintiff's motion for extension of time to file a motion for reconsideration; draft emails among co-defendants and client regarding hearing for motion for extension of time. |
| 22860974 | 03/29/2005 | Billed | 1.20 | B | Attend hearing regarding motion for extension of time to file motion to reconsider; draft follow up email regarding same and docket upcoming dates. |
| 23616927 | 04/04/2005 | Billed | .20 | B | Draft emails to opposing counsel regarding Judge Manning's order. |

DLA Piper Rudnick Gray Cary US LLP
Report ID.
ATTORNEY/CLIENT WORKLOAD DETAIL
From Jan 01 1901 Thru Jun 10 2005
SORT LEVEL, INITIALS SORT

| Timecard | Date | Disp. | Hours | Stat | Bill Narrative |
|---|---|---|---|---|---|

REDACTED

Doug Murphy
26320401 Trans Union LLC - Pai
261204-001509 Amanda Mayle v.

| 19666883 | 01/29/2004 Billed | 2.50 | B | Draft responses to plaintiff's discovery requests; prepare memo to J. Schuch and D. Halvorsen re: new format of Krohn & Moss discovery requests; organize file for attorney review. |
| 19812976 | 02/09/2004 Billed | .50 | B | Update case file and docket calendar; review discovery requests from plaintiff. |
| 19796829 | 02/23/2004 Billed | 3.00 | B | Revise answers to plaintiff's discovery requests; request updated credit report from E. Wilson. |
| 19796636 | 02/24/2004 Billed | 2.00 | B | Complete responses to plaintiff's discovery requests; confer with E. Wilson regarding the consumer relations investigation to prepare answers to interrogatories; draft memo to D. Halvorsen summarizing discovery issues. |
| 19990775 | 03/13/2004 Billed | .40 | B | Revise discovery responses and prepare file for |

REDACTED

Jun 10 2005    15:27:10

DLA Piper Rudnick Gray Cary US LLP
Report ID:
ATTORNEY/CLIENT WORKLOAD DETAIL
From Jan 01 1901 Thru Jun 10 2005
SORT LEVEL, INITIALS SORT

Page    8

| Timecard | Date | Disp. | Hours | Bill Stat | Narrative |
|---|---|---|---|---|---|
| 19990705 | 03/16/2004 | Billed | .60 | B | review by J. Schuch. |
| | | | | | Confer with J. Schuch regarding discovery responses and follow-up responses from E. Wilson; verify upcoming status hearing date on docket. |
| 19990687 | 03/30/2004 | Billed | .50 | B | Confer with J. Schuch regarding case docket status and upcoming status hearing. |
| 20891496 | 04/06/2004 | Billed | .80 | B | Update docket calendar and confer with J. Schuch regarding discovery responses and status hearing. |
| 20891105 | 04/20/2004 | Billed | 3.50 | B | Draft discovery requests to plaintiff and confer with J. Schuch regarding interrogatories; review plaintiff's disclosures and attention to case file. |
| 21046159 | 05/03/2004 | Billed | .60 | B | Update docket calendar regarding 5/20 status hearing; confer with J. Schuch regarding discovery responses. |
| 21189177 | 07/19/2004 | Billed | .70 | B | Update case file with additional correspondence and CSS materials. |
| 21512202 | 08/20/2004 | Billed | .30 | B | Retrieve materials re: motion for sanctions per request of J. Schuch. |
| 21532200 | 08/23/2004 | Billed | 1.00 | B | Prepare filing statistics for Krohn & Moss FCRA litigation per request of J. Schuch regarding motion for sanctions; organize documents for attorney review. |
| 21542174 | 08/30/2004 | Billed | .40 | B | Confer with J. Schuch and L. Wilson regarding new disclosure request received from plaintiff. |
| 21892081 | 10/12/2004 | Billed | .50 | B | Attention to file re: correspondence and pleadings. |

TOTAL 263204-003509 Amanda Mayle v.
    Billable                    10.80
    Nonbillable                 10.80
                                  .00

Daniel O. Halvorsen
263204011 Trans Union LLC - Pai
263204-003509 Amanda Mayle v.

| 19689086 | 01/12/2004 | Billed | .90 | B | Attend telephonic 26(f) conference with Plaintiff's counsel; review ████████ |
| 19691663 | 01/13/2004 | Billed | .70 | B | Research Issue of affiliate bureau FCRA liability; review Kronstedt decision. |

REDACTED

Jun 10 2005    15:27:10

DLA Piper Rudnick Gray Cary US LLP
Report ID.
ATTORNEY/CLIENT WORKLOAD DETAIL
From Jan 01 1901 Thru Jun 10 2005
SORT LEVEL, INITIALS SORT

Page    9

| Timecard | Date | Disp. | Hours | Bill Stat | Narrative |
|----------|------|-------|-------|-----------|-----------|
| 19693505 | 01/20/2004 | Billed | 2.40 | B | Review and Affirmative Defenses, ▓▓▓▓ draft Answer and Affirmative Defenses. |
| 20012462 | 01/12/2004 | Billed | .70 | B | Conference with J. Schuch regarding facts and status of matter, claims and defenses. |

TOTAL 263204-001509 Amanda Mayle v.
Billable                 5.40
Nonbillable               .00
                         5.40

Billed and Unbilled Recap Of Cost Detail - [263204-001509 - Amanda Mayle v. Equifax Information Services LLC]     Page 1
Client 26320401 - Trans Union LLC - Fair Credit Reporting Act   5/10/2005 10:45:14 AM

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/29/2003 | 21247 | Daniel O. Halvorsen | 229 | 4.00 | 0.13 | 0.50 | Computer Printing | 20038577 |
| 01/30/2004 | | Invoice=1468867 | | 0.00 | 0.00 | 0.00 | | |
| 12/29/2003 | 21247 | Daniel O. Halvorsen | 229 | 2.00 | 0.13 | 0.25 | Computer Printing | 20038579 |
| 01/30/2004 | | Invoice=1468867 | | 0.00 | 0.00 | 0.00 | | |
| 01/14/2004 | 21247 | Daniel O. Halvorsen | 080 | 1.00 | 93.34 | 93.34 | Lexis Charges | 20188921 |
| 03/19/2004 | | Invoice=1486029 | | 1.00 | 93.34 | 93.34 | | |
| 01/16/2004 | 21247 | Daniel O. Halvorsen | 080 | 1.00 | 88.48 | 88.48 | Lexis Charges | 20188922 |
| 03/19/2004 | | Invoice=1486029 | | 1.00 | 88.48 | 88.48 | | |
| 01/20/2004 | 21247 | Daniel O. Halvorsen | 229 | 35.00 | 0.13 | 4.38 | Computer Printing | 20149238 |
| 03/19/2004 | | Invoice=1486029 | | 0.00 | 0.00 | 0.00 | | |
| 01/21/2004 | 21247 | Daniel O. Halvorsen | 229 | 4.00 | 0.13 | 0.50 | Computer Printing | 20149241 |
| 03/19/2004 | | Invoice=1486029 | | 0.00 | 0.00 | 0.00 | | |
| 01/21/2004 | 21247 | Daniel O. Halvorsen | 229 | 30.00 | 0.13 | 3.75 | Computer Printing | 20149243 |
| 03/19/2004 | | Invoice=1486029 | | 0.00 | 0.00 | 0.00 | | |
| 01/21/2004 | 09999 | Firm Attorney | 222 | 248.00 | 0.13 | 31.00 | Duplicating | 20185156 |
| 03/19/2004 | | Invoice=1486029 | | 248.00 | 0.13 | 31.00 | | |
| 01/26/2004 | 21135 | Doug Murphy | 229 | 18.00 | 0.13 | 2.25 | Computer Printing | 20149245 |
| 03/19/2004 | | Invoice=1486029 | | 0.00 | 0.00 | 0.00 | | |
| 01/26/2004 | 21247 | Daniel O. Halvorsen | 229 | 1.00 | 0.13 | 0.13 | Computer Printing | 20149247 |
| 03/19/2004 | | Invoice=1486029 | | 0.00 | 0.00 | 0.00 | | |
| 02/23/2004 | 21135 | Doug Murphy | 207 | 1.00 | 0.09 | 0.09 | Long Distance Telephone | 20330541 |
| 03/24/2004 | | Invoice=1487245 | | 1.00 | 0.09 | 0.09 | | |
| 02/24/2004 | 21135 | Doug Murphy | 222 | 122.00 | 0.13 | 15.25 | Duplicating | 20330543 |
| 03/24/2004 | | Invoice=1487245 | | 122.00 | 0.13 | 15.25 | | |
| 02/24/2004 | 21135 | Doug Murphy | 222 | 72.00 | 0.13 | 9.00 | Duplicating | 20330544 |
| 03/24/2004 | | Invoice=1487245 | | 72.00 | 0.13 | 9.00 | | |
| 02/25/2004 | 21135 | Doug Murphy | 229 | 1.00 | 0.13 | 0.13 | Computer Printing | 20345383 |
| 03/24/2004 | | Invoice=1487245 | | 0.00 | 0.00 | 0.00 | | |
| 02/25/2004 | 21135 | Doug Murphy | 229 | 11.00 | 0.13 | 1.38 | Computer Printing | 20345384 |
| 03/24/2004 | | Invoice=1487245 | | 0.00 | 0.00 | 0.00 | | |
| 02/25/2004 | 21135 | Doug Murphy | 229 | 14.00 | 0.13 | 1.75 | Computer Printing | 20345385 |
| 03/24/2004 | | Invoice=1487245 | | 0.00 | 0.00 | 0.00 | | |
| 02/25/2004 | 21135 | Doug Murphy | 229 | 29.00 | 0.13 | 3.63 | Computer Printing | 20345386 |
| 03/24/2004 | | Invoice=1487245 | | 0.00 | 0.00 | 0.00 | | |
| 02/25/2004 | 21135 | Doug Murphy | 229 | 1.00 | 0.13 | 0.13 | Computer Printing | 20345387 |
| 03/24/2004 | | Invoice=1487245 | | 0.00 | 0.00 | 0.00 | | |
| 02/25/2004 | 21135 | Doug Murphy | 229 | 1.00 | 0.13 | 0.13 | Computer Printing | 20345388 |
| 03/24/2004 | | Invoice=1487245 | | 0.00 | 0.00 | 0.00 | | |
| 03/12/2004 | 21247 | Daniel O. Halvorsen | 229 | 1.00 | 0.13 | 0.13 | Computer Printing | 20466343 |
| 04/21/2004 | | Invoice=1495711 | | 0.00 | 0.00 | 0.00 | | |
| 03/12/2004 | 21247 | Daniel O. Halvorsen | 229 | 3.00 | 0.13 | 0.38 | Computer Printing | 20466348 |
| 04/21/2004 | | Invoice=1495711 | | 0.00 | 0.00 | 0.00 | | |
| 03/12/2004 | 21247 | Daniel O. Halvorsen | 229 | 4.00 | 0.13 | 0.50 | Computer Printing | 20466350 |
| 04/21/2004 | | Invoice=1495711 | | 0.00 | 0.00 | 0.00 | | |
| 03/12/2004 | 09999 | Firm Attorney | 222 | 183.00 | 0.13 | 22.88 | Duplicating | 20484368 |
| 04/21/2004 | | Invoice=1495711 | | 183.00 | 0.13 | 22.88 | | |
| 03/12/2004 | 09999 | Firm Attorney | 222 | 81.00 | 0.13 | 10.13 | Duplicating | 20484371 |
| 04/21/2004 | | Invoice=1495711 | | 81.00 | 0.13 | 10.13 | | |
| 03/15/2004 | 21135 | Doug Murphy | 229 | 14.00 | 0.13 | 1.75 | Computer Printing | 20460391 |
| 04/21/2004 | | Invoice=1495711 | | 0.00 | 0.00 | 0.00 | | |
| 03/16/2004 | 21135 | Doug Murphy | 229 | 11.00 | 0.13 | 1.38 | Computer Printing | 20454874 |

Billed and Unbilled Recap Of Cost Detail - [263204-001509 - Amanda Mayle v. Equifax Information Services LLC]
Client 26320401 - Trans Union LLC - Fair Credit Reporting Act   5/10/2005 10:45:14 AM

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 04/22/2004 05/21/2004 | 21135 | Doug Murphy Invoice=1507743 | 229 | 1.00 0.00 | 0.13 0.00 | 0.13 0.00 | Computer Printing | 21335430 |
| 04/27/2004 05/21/2004 | 10924 | Judi Schuch Invoice=1507743 | 229 | 1.00 0.00 | 0.13 0.00 | 0.13 0.00 | Computer Printing | 21345606 |
| 05/06/2004 06/18/2004 | 09999 | Firm Attorney Invoice=1519187 | 222 | 20.00 20.00 | 0.13 0.13 | 2.50 2.50 | Duplicating | 21475149 |
| 05/07/2004 06/18/2004 | 09999 | Firm Attorney Invoice=1519187 | 222 | 6.00 6.00 | 0.13 0.13 | 0.75 0.75 | Duplicating | 21475150 |
| 05/07/2004 07/15/2004 | 09999 | Firm Attorney Invoice=1528020 | 080 | 1.00 1.00 | 19.50 19.50 | 19.50 19.50 | Lexis Charges | 21701811 |
| 05/12/2004 06/18/2004 | 10924 | Judi Schuch Invoice=1519187 | 222 | 48.00 48.00 | 0.13 0.13 | 6.00 6.00 | Duplicating | 21475153 |
| 05/12/2004 06/18/2004 | 10924 | Judi Schuch Invoice=1519187 | 222 | 60.00 60.00 | 0.13 0.13 | 7.50 7.50 | Duplicating | 21475155 |
| 05/21/2004 06/18/2004 | 10924 | Judi Schuch Invoice=1519187 | 229 | 1.00 0.00 | 0.13 0.13 | 0.13 0.00 | Computer Printing | 21505407 |
| 06/09/2004 07/15/2004 | 21135 | Doug Murphy Invoice=1528020 | 229 | 7.00 0.00 | 0.13 0.00 | 0.88 0.00 | Computer Printing | 21607910 |
| 06/09/2004 07/15/2004 | 21135 | Doug Murphy Invoice=1528020 | 229 | 11.00 0.00 | 0.13 0.00 | 1.38 0.00 | Computer Printing | 21607912 |
| 06/30/2004 08/25/2004 | 10924 | Judi Schuch Invoice=1543309 | 229 | 3.00 0.00 | 0.13 0.00 | 0.38 0.00 | Computer Printing | 21748181 |
| 06/30/2004 08/25/2004 | 10924 | Judi Schuch Invoice=1543309 | 229 | 2.00 0.00 | 0.13 0.00 | 0.25 0.00 | Computer Printing | 21748183 |
| 06/30/2004 08/25/2004 | 10924 | Judi Schuch Invoice=1543309 | 229 | 7.00 0.00 | 0.13 0.00 | 0.88 0.00 | Computer Printing | 21748185 |
| 07/07/2004 08/25/2004 | 10924 | Judi Schuch Invoice=1543309 | 207 | 1.00 1.00 | 0.12 0.12 | 0.12 0.12 | Long Distance Telephone | 21772365 |
| 07/22/2004 08/25/2004 | 10924 | Judi Schuch Invoice=1543309 | 229 | 7.00 0.00 | 0.13 0.00 | 0.88 0.00 | Computer Printing | 21859633 |
| 07/23/2004 08/25/2004 | 10924 | Judi Schuch Invoice=1543309 | 229 | 7.00 0.00 | 0.13 0.00 | 0.88 0.00 | Computer Printing | 21871448 |
| 07/23/2004 09/16/2004 | 09999 | Firm Attorney Invoice=1550874 | 222 | 20.00 20.00 | 0.13 0.13 | 2.50 2.50 | Duplicating | 21930982 |
| 07/23/2004 09/16/2004 | 09999 | Firm Attorney Invoice=1550874 | 222 | 120.00 120.00 | 0.13 0.13 | 15.00 15.00 | Duplicating | 21930986 |
| 08/16/2004 09/16/2004 | 10924 | Judi Schuch Invoice=1550874 Voucher=785901 Paid | 028 | 1.00 1.00 | 10.00 10.00 | 10.00 10.00 | Local Travel - VENDOR:JUDITH SCHUCH - 7/27 CABS TO/FROM COURTHOUSE Vendor=JUDITH SCHUCH Balance= .00 Amount= 10.00 Paid: 548879 08/17/2004 | 21997673 |
| 08/23/2004 09/16/2004 | 10924 | Judi Schuch Invoice=1550874 | 207 | 1.00 1.00 | 0.06 0.06 | 0.06 0.06 | Long Distance Telephone | 22063119 |
| 09/30/2004 11/19/2004 | 10924 | Judi Schuch Invoice=1575692 | 229 | 26.00 26.00 | 0.13 0.00 | 3.25 0.00 | Computer Printing | 22401583 |
| 10/01/2004 11/19/2004 | 10924 | Judi Schuch Invoice=1575692 | 229 | 15.00 15.00 | 0.13 0.00 | 1.88 0.00 | Computer Printing | 22353822 |
| 10/01/2004 11/19/2004 | 10924 | Judi Schuch Invoice=1575692 | 229 | 13.00 13.00 | 0.13 0.00 | 1.63 0.00 | Computer Printing | 22353827 |
| 10/20/2004 11/19/2004 | 10924 | Judi Schuch Invoice=1575692 | 229 | 1.00 1.00 | 0.13 0.00 | 0.13 0.00 | Computer Printing | 22429719 |
| | | BILLED TOTALS: WORK: | | | | 439.91 | 75 records | |

Billed and Unbilled Recap Of Cost Detail - [263204-001509 - Amanda Mayle v. Equifax Information Services LLC]
Client:26320401 - Trans Union LLC - Fair Credit Reporting Act   5/10/2005 10:45:14 AM

| | | | | | |
|---|---|---|---|---|---|
| BILLED TOTALS | BILL | | | 377.88 | |
| GRAND TOTAL | WORK | | | 439.91 | 75 records |
| GRAND TOTAL | BILL | | | 377.88 | |

## CERTIFICATE OF SERVICE

I, Judith L. Schuch, an attorney, state that I caused to be served a true and correct copy of the foregoing **Defendants Nelnet, Inc., Experian Information Solutions, Inc. and Trans Union LLC's Joint Fee Petition** upon:

Larry Paul Smith
Amy W. Schwab
Krohn & Moss, Ltd.
120 W. Madison Street
10th Floor
Chicago, Illinois 60602
*Attorneys for Plaintiff*

Scott C. Frost
Alan I. Ehrenberg
Staiman Harris Siegel & Eyrich, LLC
333 W. Wacker Drive
Suite 1710
Chicago, Illinois 60606
*Attorneys for Defendant Nelnet, Inc.*

John M. Wright
Jones Day
77 West Wacker Drive
Chicago, Illinois 60601-1692
*Attorneys for Experian Information Solutions, Inc.*

via U.S. Mail, Postage Prepaid on the 14th day of June, 2005.

Judith L. Schuch